B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br><br>WBL SPO I, LLC | DEFENDANTS<br>Tommy W. Wilson, individually and doing business as American Cleaners<br>Quick Bridge Funding, LLC doing business as National Funding, NewLane<br>Finance Company, Mountain BizCapital, Inc., Eastern Funding, LLC, Millstone<br>Funding, Inc. and Corporation Service Company, as Representative |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>William Walt Pettit, Esq.<br>Hutchens Law Firm, LLP<br>6230 Fairview Road, Suite 315<br>Charlotte, NC 28210 | ATTORNEYS (If Known) |

| PARTY (Check One Box Only)<br>☐ Debtor       ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor    ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☒ Debtor       ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor    ☒ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Equitable Subrogation, Declaratory Judgment (28 U.S.C. § 2201),

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
      actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
      (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court
      if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Tommy W. Wilson | BANKRUPTCY CASE NO.<br>24-10109 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Western | DIVISION OFFICE<br>Asheville | NAME OF JUDGE<br>George R. Hodges |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>10/23/2024 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>William Walt Pettit | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>TOMMY W. WILSON,<br><br>                    Debtor. | CASE NO. 24-10109<br>CHAPTER 11 |
| WBL SPO I, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>TOMMY W. WILSON, individually and doing<br>business as AMERICAN CLEANERS,<br>QUICK BRIDGE FUNDING, LLC doing<br>business as NATIONAL FUNDING,<br>NEWLANE FINANCE COMPANY,<br>MOUNTAIN BIZCAPITAL, INC.,<br>EASTERN FUNDING, LLC,<br>MILLSTONE FUNDING, INC., and<br>CORPORATION SERVICE COMPANY, as<br>Representative,<br><br>                    Defendants. | ADV. PROC. NO.: 24- |

## **COMPLAINT**

Plaintiff WBL SPO I, LLC (hereinafter "Plaintiff"), complaining of Defendants Tommy

W. Wilson, Quick Bridge Funding, LLC doing business as National Funding, NewLane Finance

Company, Mountain BizCapital, Inc., Eastern Funding, LLC, Millstone Funding, Inc. and

Corporation Service Company, as Representative (hereinafter collectively "Defendants") and

alleges and avers as follows:

### **PARTIES, JURISDICTION AND VENUE**

1.      Plaintiff is limited liability company duly organized and operating under the laws

1

of the State of Delaware, with a mailing address in Elmsford, New York.

2.    Defendant Tommy W. Wilson, individually and doing business as American Cleaners (hereinafter "Defendant Wilson") is a citizen and resident of Canton, North Carolina and is the Debtor in this proceeding.

3.    Upon information and belief, Defendant Quick Bridge Funding, LLC doing business as National Funding is a limited liability company duly organized and operating under the laws of the State of California with its principal place of business located in San Diego, California.

4.    Upon information and belief, Defendant NewLane Finance Company is a corporation duly organized and operating under the laws of the State of Pennsylvania with its principal place of business located in Philadelphia, Pennyslvania.

5.    Upon information and belief, Defendant Mountain BizCapital, Inc. is a corporation duly organized and operating under the laws of the State of North Carolina with its principal place of business located in Asheville, North Carolina.

6.    Upon information and belief, Defendant Eastern Funding, LLC is a limited liability company duly organized and operating under the laws of the State of Delaware with its principal place of business located in New York, New York.

7.    Upon information and belief, Corporation Service Company, as Representative, is a corporation duly organized and operating under the laws of the State of Delaware with its principal place of business located in Springfield, Illinois.

8.    Upon information and belief, Millstone Funding, Inc. is a corporation duly organized and operating under the laws of the State of New York with its principal place of business located in New York, New York.

9.      The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334, and

the "Referral Order" entered herein by the Chief United States District Court Judge for the Western

District of North Carolina.  The Court also has jurisdiction over this proceeding, pursuant to 28

U.S.C. §§ 151 and 157(b) in that it is a "core proceeding."  To the extent that this matter is not a

"core proceeding," which Plaintiff denies, Plaintiff consents to the Bankruptcy Court entering a

final and dispositive Order.

10.      Pursuant to 28 U.S.C. §§ 1408 and 1409, venue is proper since the Debtor filed his

Chapter 11 proceeding in this District.

## GENERAL ALLEGATIONS

11.      On or about October 19, 2022, Defendant Wilson executed and delivered to World

Business Lenders, LLC a certain Business Promissory Note and Security Agreement (hereinafter

"Note") in the sum of One Hundred Seventy Two Thousand Dollars ($172,000.00).  A true copy

of the Note is appended hereto, identified as "Exhibit 1," and the same is incorporated herein by

reference.

12.      As shown in the Note, Defendant Wilson granted World Business Lenders, LLC a

security interest in all personal property now owned or hereinafter acquired by Defendant Wilson

including but not limited to, all goods (except consumer goods), farm products, inventory,

equipment, furniture, money, instruments, accounts, accounts receivables, contract rights,

documents, chattel paper, general intangibles (hereinafter "Collateral"), including, but not limited

to, all products and proceeds of Collateral and all additions and accessions to, replacements of,

insurance proceeds of, and documents covering Collateral, all property received wholly or partly

in trade or exchange for Collateral, all leases of Collateral and all rents, revenues, issues, profits

and proceeds arising from the sale, lease encumbrance, collection, or any other temporary or

3

permanent disposition, of Collateral or any interest therein until the Note had been paid in full.

13.     World Business Lenders, LLC subsequently sold, assigned and transferred the Note

and related loan documents to Plaintiff. Furthermore, Plaintiff is the current owner and holder of

the Note.

14.     World Business Lenders, LLC perfected its security interest in the collateral by

filing a UCC-1 Financing Statement with the N.C. Secretary of State. The UCC-1 Financing

Statement was subsequently assigned to Plaintiff. True copies of the UCC-1 Financing Statement

and Assignment are appended hereto, identified as "Exhibits 2 and 3," and the same are

incorporated herein by reference.

15.     The proceeds from the loan by World Business Lenders, LLC were utilized to pay

in full the balance due a number of other creditors of Defendant Wilson who had senior liens on

all of the Collateral.

16.     It was the intent of World Business Lenders, LLC that World Business Lenders,

LLC would acquire a first lien on all of the Collateral of Defendant Wilson upon payment of the

senior liens on the Collateral.

17.     At the closing of the loan and execution of the Note and with Defendant Wilson's

consent, Plaintiff paid from the balance due certain lienholders as follows:

| | |
|---|---|
| Expansion MCA | $34,730.00 |
| National Funding MCA | $34,467.63 |
| Expansion Capital Group, LLC | $24,807.82 |
| Total disbursed: | $94,005.45 |

18.     Subsequent to the petition date, Plaintiff searched the records maintained by the

North Carolina Secretary of State to determine all UCC-1 Financing Statements filed against

Defendant Wilson and American Cleaners.  A list of Financing Statements filed with the North

4

Carolina Secretary of State is appended hereto, collectively identified as "Exhibit 4," and the same is incorporated herein by reference.

19.     Upon information and belief, the most senior lien on the Collateral of Defendant Wilson was perfected by that certain UCC-1 Financing Statement filed on March 16, 2020, File No. 2020027905J, which listed Corporation Service Company as Representative as the secured party. This UCC-1 Financing Statement has not been cancelled. A true copy of the UCC-1 Financing Statement is appended hereto, identified as "Exhibit 5," and the same is incorporated herein by reference.

20.     Counsel for Plaintiff thereafter forwarded a letter to Defendant Corporation Service Company as Representative to determine the correct name and address of the secured party. A true copy of the letter is appended hereto, identified as "Exhibit 6," and the same is incorporated herein by reference.

21.     On September 19, 2024, counsel for Plaintiff received an email from Robert Zahradka stating that the UCC-1 Financing Statement (Exhibit 5) was actually filed by Defendant Quick Bridge Funding, LLC. A true copy of the email is appended hereto, identified as "Exhibit 7," and the same is incorporated herein by reference.

22.     As to the purchase-money equipment financiers, Plaintiff does not claim a senior lien on any of the Collateral of Defendant Wilson and these entities are Defendants NewLane Finance Company, Kubota Credit Corporation, U.S.A. and Eastern Funding, LLC.

23.     Defendant Corporation Service Company, as Representative is noted as a Defendant in this proceeding since it filed two UCC-1 Financing Statements as the secured party. Counsel for Plaintiff previously forwarded a letter to Defendant Corporation Service Company, as Representative, and requested that counsel be provided the name and address of the secured party.

5

To date, a response was not made to the letter. A true copy of the letter is appended hereto, identified as "Exhibit 8," and the same is incorporated herein by reference.

24.     While Plaintiff disagrees that filing a UCC-1 Financing Statement which lists solely American Cleaners (a trade name) as the name of the debtor is the proper way to perfect a security interest in property owned by Defendant Wilson, Plaintiff has added these creditors as Defendants in this proceeding.

## FIRST CLAIM FOR RELIEF
(Equitable Subrogation)

25.     The allegations of paragraphs 1 through 24 of Plaintiff's Complaint are incorporated herein by reference.

26.     Citing *Wallace v. Banner*, 200 N.C. 124 (1931), the N.C. Supreme Court in *MidFirst Bank v. Brown*, 386 N.C. 103, 900 S.E.2d 876 (2024) stated as follows:

"This Court has made it clear that the rule [of equitable subrogation] is settled:

[W]here money is expressly advanced in order to extinguish a prior encumbrance, and is used for this purpose, . . . the lender or mortgagee may be subrogated to the rights of the prior encumbrancer whose claim he has satisfied . . . . Also, if the money is advanced to a debtor to discharge an existing first mortgage upon his property, and in pursuance of an agreement that the lender is to have a first lien upon the property for the repayment of the sum loaned, the lender is entitled, as against a junior encumbrancer, to be treated as the assignee of the first mortgage which has been paid off and discharged with the money loaned, whenever it becomes necessary to do so to effectuate the agreement with the lender, and to prevent the junior encumbrance from being raised accidentally to the dignity of a first lien, contrary to the intention of the parties.

. . . .

The exceptions to the general rule to the doctrine of [equitable] subrogation: (1) [t]he relief is not granted to a volunteer; (2) nor where the party claiming relief is guilty of culpable negligence; (3) nor where to grant relief will operate to the prejudice of the junior lien holder."

27.     The doctrine of equitable subrogation extends to anyone who furnishes money for the purposes of extinguishing a lien on real or personal property at the request of the owner of the

\\hsb-FILE\ushare\Bankruptcy\World Business Lenders\Wilson, Tommy NCW 24-10109\ADV\Complaint - 10.21.24.docx

property either under an express understanding or under circumstances which an understanding would be implied. See *Peek v. Wachovia Bank & Trust Co.*, 242 N.C. 15 (1955).

28.     Plaintiff extended credit and furnished money to Defendant Wilson for the purpose of extinguishing senior liens on the Collateral. Accordingly, Plaintiff is entitled to be determined through the doctrine of equitable subrogation, that it has a first lien on the Collateral which secures the balance due as shown in its Proof of Claim with the exception of purchase-money financiers who timely perfected their security interest in the personal property of Defendant Wilson and that Plaintiff is vested with the same rights in the Financing Statement (Exhibit 5) as Defendant Quick Bridge Funding, LLC had.

## SECOND CLAIM FOR RELIEF
### (Declaratory Judgment)

29.     The allegations of paragraphs 1 through 28 of Plaintiff's Complaint are incorporated herein by reference.

30.     Plaintiff is entitled to a declaratory judgment, pursuant to the provisions of 28 U.S.C. § 2201, that based on the doctrine of equitable subrogation, it properly perfected its security interest in the Collateral of Defendant Wilson, that it has a first lien on all the Collateral of Defendant Wilson with the exception of purchase-money equipment lenders who timely perfected their security interest in the personal property of Defendant Wilson and that Plaintiff is vested with the same rights in the Financing Statement (Exhibit 5) as Defendant Quick Bridge Funding, LLC had.

WHEREFORE, Plaintiff prays the Court as follows:

1.     That, in its First Claim for Relief, the Court grant Plaintiff the relief set forth herein and determine through the doctrine of equitable subrogation that it has a first lien on all of the

Collateral of Defendant Wilson subject to the liens of purchase-money equipment financiers who timely perfected their security interest in the personal property of Defendant Wilson;

2.    That, in its Second Claim for Relief, the Court enter a declaratory judgment that Plaintiff properly its perfected security interest in and has a lien on all of the Collateral of Defendant Wilson and that its lien is a first lien or encumbrance on this property subject to the liens of purchase money equipment lenders who timely perfected their security interest in the personal property of Defendant Wilson; and

3.    For such other and further relief as the Court may deem just and proper.

This the _23_ day of October, 2024.

HUTCHENS LAW FIRM, LLP
Attorneys for Plaintiff

By:_____
William Walt Pettit
N.C. Bar No. 9407
6230 Fairview Road, Suite 315
Charlotte, N.C. 28210
Telephone: (704) 362-9255
Email: walt.pettit@hutchenslawfirm.com

\\hsb-FILE\ushare\Bankruptcy\World Business Lenders\Wilson, Tommy NCW 24-10109\ADV\Complaint - 10.21.24.docx

DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B64E3F2FB

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian


**World Business Lenders**
WE LEND, YOU GROW.

**BUSINESS PROMISSORY NOTE AND SECURITY AGREEMENT**


EXHIBIT
1

**BORROWER: Tommy W. Wilson d/b/a American Cleaners**

**PRINCIPAL (including processing fees): $172,000.00**

**DATE: 10/19/2022**

1. **PROMISE TO PAY:** Tommy W. Wilson d/b/a American Cleaners ("Borrower"), a(n) North Carolina Sole Proprietorship , with its principal place of business located at 28 Penland St., Canton, North Carolina, 28716, does hereby promise to pay to the order of **WORLD BUSINESS LENDERS, LLC,** its successors and/or assigns ("Lender") with its address located at P.O. Box 1685, Cranford, NJ 07016, or at such other location or in such other manner as designated by Lender, the sum of **ONE HUNDRED SEVENTY TWO THOUSAND DOLLARS AND NO CENTS ($172,000.00)** ("Principal") plus interest at the daily interest rate set forth below in Section 2 in accordance with the payment schedule set forth below in Section 3. **The business loan represented by this Business Promissory Note and Security Agreement ("Loan Agreement") is a higher cost loan than business loans which may be available through other sources. Before signing this Loan Agreement, Borrower should fully consider all costs and fees associated with this business loan.**

2. **INTEREST RATE; DEFAULT INTEREST RATE:** The unpaid Principal (and Costs, as defined below in subsection 17(j)) shall bear interest at the rate of 0.131506849315% per day until paid in full. If an Event of Default (defined below in Section 10), or an event which, with notice or passage of time could become an Event of Default, has occurred or is continuing, the Borrower shall pay to Lender interest on any unpaid Principal (and Costs) at a rate equal to the rate set forth above in this Section 2 plus 0.02739726027% per day, until such Event of Default is waived in writing by Lender or is otherwise cured and ceases to continue.

3. **PAYMENT SCHEDULE/APPLICATION OF PAYMENTS:** Borrower shall make 103 interest only payments of $1,583.34, due each Business Week commencing on 10/28/2022 until 10/11/2024 (referred to as the "Interest Only Period") After the Interest Only Period, Borrower shall make a final payment of $173,583.35 on 10/18/2024 when any remaining Principal, remaining outstanding interest, and other unpaid charges shall be due and payable in full. "Business Day" means any Monday through Friday, except Federal Reserve holidays. "Business Week" means the first Business Day on or after the Friday of each week. The period commencing on 10/28/2022 and ending on 10/18/2024 is referred to as the "Repayment Period."

   All payments, except any Holdback Payments (to the extent Holdback Payments are applicable), shall be made by automatic ACH debit from the "Designated Checking Account" set forth in the Business Loan Authorization Agreement for Direct Deposit (ACH Credit) and Direct Payments (ACH Debits) given by Borrower to Lender or pursuant to an alternative payment method prescribed by Lender, and Borrower shall maintain balances in the Designated Checking Account sufficient to make each payment due under this Loan Agreement.

   Payments during the Interest Only Period shall be applied on the date released under the Holdback Agreement (if applicable), or on the date received, as the case may be, first to late charges and other charges due under this Loan Agreement and, then, to unpaid accrued interest. After the Interest Only Period, payments shall be applied on the date received, first to late charges and other charges due under this Loan Agreement, then to unpaid accrued interest and, then, to Principal.

4. **VOLUNTARY PREPAYMENT AND PREPAYMENT PREMIUM:** Borrower may prepay the unpaid Principal in full at any time, but may not make partial prepayments (except as permitted by applicable law). Any such prepayment of the unpaid Principal shall be accompanied by a prepayment premium equal to the greater of (a) fifteen percent (15%) of the amount of the unpaid Principal as of the date of such prepayment (without giving effect to any default interest paid) and (b) the aggregate amount required to be repaid by Borrower to Lender during the Repayment Period reduced by the sum of (i) the aggregate amount of any payments made by Borrower to Lender pursuant to Section 3 above before such prepayment and (ii) the amount of the unpaid Principal as of the date of such prepayment. This prepayment premium is in addition to any and all interest calculated and accrued on the unpaid Principal as of the date of such prepayment in accordance with Section 2 above together with all other amounts then due and payable under this Loan Agreement. No prepayment is permitted unless all outstanding charges are paid in full as of the date of prepayment. If Borrower desires to prepay, Borrower shall send a written request to the Lender at WBLPayoff@wbl.com ("Servicing Agent"). In addition, Borrower may contact Lender at P.O. Box 1685, Cranford, NJ 07016 or at 1-800-432-9359 and Lender shall provide Borrower with the amount of the unpaid Principal, prepayment premium, and any other amounts due under the terms of the Loan Agreement as of a date designated by Borrower. For the avoidance of doubt, as permitted under applicable law, if the Obligations (as defined in Section below) have been accelerated on the occurrence of an Event of Default (as defined in Section 10 below), payment of Principal and interest shall be deemed a prepayment for purposes of this Section 4 and shall be accompanied by a prepayment premium. The foregoing

DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B64E3724B

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian


**World Business Lenders**
WE LEND, YOU GROW.

notwithstanding, if Borrower makes a full prepayment in the 12 month period following 10/21/2022 (the "Initial Prepayment Period"), and an Event of Default under subsection 10(a) below has not occurred during the Initial Prepayment Period, then the prepayment premium shall be equal to the aggregate amount of interest required to be paid during the Initial Prepayment Period reduced by the aggregate amount of interest paid by Borrower prior to the date of such prepayment. Additionally, if Borrower (i) makes a full prepayment after the Initial Prepayment Period, and (ii) an Event of Default under subsection 10(a) below has not occurred prior to such prepayment, then the prepayment premium shall be equal to zero.

5. **RETURNED PAYMENT CHARGE:** Borrower will pay a charge of **thirty-five dollars ($35.00)** ("NSF Charge") in connection with any payment by check or electronic transfer that is returned unpaid because of an insufficient balance in the Designated Checking Account or otherwise.

6. **SECURITY INTEREST:** Borrower grants to Lender a security interest in and to any and all property as described below in this Section 6 to secure payment of all debts, obligations and liabilities of Borrower to Lender evidenced by this Loan Agreement or any other financing agreement with Lender with respect to which the Lender's servicing agent is the same as the Servicing Agent hereunder, including, but not limited to, Principal, interest and collection costs incurred in connection with this Loan Agreement and/or any other documents or instruments now or hereafter executed in connection with this Loan Agreement or any other financing arrangement with Lender with respect to which the Lender's servicing agent is the same as the Servicing Agent hereunder (all such debts, obligations and liabilities, the "Obligations". This is a continuing security interest and will continue in effect as long as any Obligations remain outstanding. Such property includes the property purchased with the proceeds of this Loan Agreement described on Schedule A attached to and made a part of this Loan Agreement ("Purchase Money Collateral"), the vehicles and other personal property described on Schedule B attached to and made a part of this Loan Agreement ("Specific Collateral") and all other personal property now owned or hereafter acquired by Borrower (which, along with Purchase Money Collateral and Specific Collateral, is collectively referred to as "Collateral"), including, but not limited to, any Holdback Payments (if applicable), all goods (except consumer goods), farm products, inventory, equipment, furniture, money, instruments, accounts, accounts receivable, contract rights, documents, chattel paper, general intangibles, including, but not limited to, all products and proceeds of Collateral and all additions and accessions to, replacements of, insurance proceeds of, and documents covering Collateral, all property received wholly or partly in trade or exchange for Collateral, all leases of Collateral and all rents, revenues, issues, profits and proceeds arising from the sale, lease encumbrance, collection, or any other temporary or permanent disposition, of the Collateral or any interest therein. Borrower agrees that Lender may file any financing statement, lien entry form or other document Lender requires in order to perfect, amend or continue Lender's security interest in the Collateral and Borrower agrees to cooperate with Lender as may be necessary to accomplish said filing and to do whatever Lender deems necessary to protect Lender's security interest in the Collateral. Borrower shall ensure that Lender is named as the only lien holder on the titles to the motor vehicles listed on Schedule B to this Loan Agreement as of the date of this Loan Agreement (or the nearest subsequent date as permitted under applicable law, rule or regulation).

Borrower shall maintain the Collateral in good condition and repair and not permit its value to be impaired; keep the Collateral free from all liens, encumbrances and security interests (other than those created or expressly permitted by this Loan Agreement); defend the Collateral against all claims and legal proceedings by persons other than Lender; pay and discharge when due all taxes, license fees, levies and other charges upon the Collateral; not sell, lease or otherwise dispose of the Collateral or permit it to become a fixture or an accession to other goods, except as specifically authorized by Lender in writing; and not permit the Collateral to be used in violation of any applicable law, rule, regulation or policy of insurance.

Borrower shall pay all expenses and, upon request, take any action reasonably deemed advisable by Lender to preserve the Collateral or to establish, determine priority of, perfect, continue perfected, terminate and/or enforce Lender's interest in the Collateral or rights under this Loan Agreement and, further, Borrower authorizes Lender, with full power of substitution, to execute in Borrower's name any documents necessary to perfect, amend or to continue Lender's interest in the Collateral or rights under this Loan Agreement or to demand termination of filings of other secured parties. Lender has no duty to protect, insure or realize upon the Collateral. Loss of or damage to the Collateral shall not release Borrower from any of the Obligations.

7. **FOR BORROWERS OR COLLATERAL IN LOUISIANA ONLY:**

    (a) Foreclosure. If Borrower is domiciled in, or Collateral is located in, Louisiana, on the occurrence of an Event of Default, Lender shall have the right to commence appropriate foreclosure proceedings against the Collateral and against Borrower.

    (b) Seizure and Sale of Collateral. If Lender elects to commence appropriate Louisiana foreclosure proceedings under this Loan Agreement, Lender may cause the Collateral, or any part or parts thereof, to be immediately seized and sold, whether in term of court or in vacation, under ordinary or executory process, in accordance with applicable Louisiana

DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B84E372F6

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian



law, to the highest bidder for cash, with or without appraisement, and without the necessity of making additional demand upon or notifying Borrower or placing Borrower in default, all of which are expressly waived.

(c) Executory Process. For purposes of foreclosure under Louisiana executory process procedures, Borrower confesses judgment and acknowledges to be indebted to Lender, up to the full amount of the Obligations, in Principal, interest, prepayment charges, NSF Charges, and any other unpaid costs and charges authorized by this Loan Agreement, reasonable attorneys' fees and all costs of collection. Borrower further confesses judgment and acknowledges to be indebted unto and in favor of Lender in the amount of any additional advances that Lender may make on Borrower's behalf pursuant to this Loan Agreement, together with interest thereon. To the extent permitted under applicable Louisiana law, Borrower additionally waives the following:

(i) the benefit of appraisal as provided in Articles 2332, 2336, 2723, and 2724 of the Louisiana Code of Civil Procedure, and all other laws with regard to appraisal upon judicial sale;

(ii) the demand and three (3) days' delay as provided under Articles 2639 and 2721 of the Louisiana Code of Civil Procedure;

(iii) the notice of seizure as provided under Articles 2293 and 2721 of the Louisiana Code of Civil Procedure;

(iv) the three (3) days' delay provided under Articles 2331 and 2722 of the Louisiana Code of Civil Procedure; and

(v) all other benefits provided under Articles 2331, 2722 and 2723 of the Louisiana Code of Civil Procedure and all other Articles not specifically mentioned above.

(d) Keeper. Should any or all of the Collateral be seized as an incident to an action for the recognition or enforcement of this Loan Agreement, by executory process, sequestration, attachment, writ of *fieri facias* or otherwise, Borrower hereby agrees that the court issuing any such order shall, if requested by Lender, appoint Lender, or any agent designated by Lender or any person or entity named by Lender at the time such seizure is requested, or any time thereafter, as "Keeper" of the Collateral as provided under La. R.S. 9:5136, *et seq.* Such a Keeper shall be entitled to reasonable compensation. Borrower agrees to pay the reasonable fees of such Keeper, which compensation to the Keeper shall also be secured by this Loan Agreement.

8. **REPRESENTATIONS:** As of the date hereof, the Borrower hereby represents to the Lender that:

(a) Borrower is the owner of or is acquiring the Purchase Money Collateral free of all liens, encumbrances and security interests (except Lender's security interest), and is the owner of all other Collateral free of all liens, encumbrances and security interests, except Lender's security interest and any security interests listed on <u>Schedule C</u> attached and made a part of this Loan Agreement;

(b) **the proceeds of this Loan Agreement will be used for business purposes only, and not for personal, consumer, family or household purposes or to purchase personal, consumer, family or household goods. Borrower understands Lender is relying on the accuracy of this representation in disbursing the loan proceeds and that Borrower's agreement not to use the proceeds of this Loan Agreement for personal, consumer, family or household purposes or to purchase personal, consumer, family or household goods means that certain important duties imposed upon entities making loans for consumer/personal purposes, and certain important rights conferred upon consumers, pursuant to federal or state law will not apply to this Loan Agreement, or any other document or instrument given to Lender or otherwise in connection with or related to this Loan Agreement. Borrower also understands that Lender will be unable to confirm whether the proceeds of this Loan Agreement, including, without limitation, any other of the Loan Documents (as defined below in Subsection 17(s)) will be used for business purposes only. Borrower acknowledges and agrees that a breach by Borrower of the provisions of this subsection 8(b) will not affect Lender's right to**

(i) **enforce Borrower's promise to pay for all amounts owed under this Loan Agreement, regardless of the purpose for which the proceeds of this Loan Agreement are in fact obtained or**

(ii) **use any remedy legally available to Lender, even if that remedy would not have been available had the proceeds of this Loan Agreement been used for personal, consumer, family, or household purposes or to purchase personal, consumer, family or household goods;**

(c) the proceeds of this Loan Agreement will not, directly or indirectly, be used for any purposes which would violate any applicable law, rule or regulation;

DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B64E372F6

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

**World Business Lenders**
WE LEND. YOU GROW.

(d) the Collateral will be kept at Borrower's address set forth above in Section 1 or as indicated on Schedule D attached to and made a part of this Loan Agreement;

(e) Borrower's name in Section 1 above is its exact name on its organizing and/or registered documents, if any, and Section 1 above accurately identifies Borrower's jurisdiction of organization and principal place of business. Borrower shall immediately advise Lender in writing of any change in Borrower's name or address as set forth above in Section 1;

(f) Borrower is duly organized, validly existing, in good standing under the law of the jurisdiction in which it is organized, is in compliance with all applicable laws, rules and regulations, and has all licenses and authorizations necessary to carry on its business as now being conducted; Borrower has the full power and authority to execute, deliver and perform all transactions contemplated by this Loan Agreement and the performance of and compliance with the terms of this Loan Agreement will not violate the Borrower's organizational documents or constitute a default of any contract, agreement or other instrument to which Borrower is a party;

(g) Borrower has duly authorized the execution, delivery and performance of this Loan Agreement and has duly executed and delivered this Loan Agreement, and this Loan Agreement constitutes a legal, valid and binding obligation of the Borrower, enforceable against it in accordance with its terms;

(h) there is no action, suit, proceeding or investigation pending or, to Borrower's knowledge, threatened against or affecting Borrower or any of its assets before or by any court or other governmental authority which, if determined adversely to it, would have a material adverse effect on its financial condition, business or prospects, or the value of the Collateral (any of the foregoing, a "Litigation Event");

(i) except to the extent Borrower has advised Lender in writing, Borrower has not been notified by any of its lenders or financing sources that it is in default under the terms of any of its credit or similar agreements, nor has Borrower done, caused to be done, or failed to do any act or omission that would result in a default under any credit or similar agreement; and

(j) no third party source of financing for Borrower's customers has discontinued, or threatened to discontinue providing financing to Borrower's customers.

9. **COVENANTS:** Borrower hereby agrees that as long as any Obligations remain outstanding (whether Principal, interest or otherwise):

(a) Borrower shall promptly provide any financial information on request and permit an examination of its books and records to permit Lender to confirm Borrower's ability to pay its Obligations and all other financial obligations and Borrower shall maintain proper books and records in conformity with applicable law, rules and regulations;

(b) Borrower shall file all federal, state and local tax returns, and pay all related taxes when due;

(c) Borrower shall renew and maintain in full force and effect its legal existence and good standing under the laws of the jurisdiction in which is it organized and qualified to do business in any state in which Borrower does business;

(d) Borrower shall maintain insurance in at least such amounts and against at least such risks as are customary in the same general area in which Borrower conducts its business by entities engaged in similar businesses;

(e) Borrower shall promptly notify Lender in writing of any Litigation Event, Event of Default or any other event which could reasonably be anticipated to materially and adversely affect the Borrower's ability to repay its Obligations or materially affects the value of the Collateral; and

(f) Borrower shall **not** (i) merge or consolidate with another entity, which merger or consolidation results in less than fifty percent (50%) of the outstanding voting securities of the resulting entity being owned by the then existing holders of securities of the Borrower or (ii) transfer, assign, license, sell, lease or otherwise dispose of all or substantially all of its assets to a person that is not a wholly-owned subsidiary of the Borrower; provided, that the Borrower shall cause any such subsidiary to comply with the provisions of this clause (f).

10. **DEFAULT:** On the occurrence of any of the following events (each an "Event of Default"):

(a) failure by Borrower to pay any payment required by this Loan Agreement when due;

(b) failure by Borrower to observe, perform, keep or abide by any term, covenant or condition contained in this Loan Agreement or any other document or instrument given to Lender in connection with or related to this Loan Agreement, including, without limitation, any other of the Loan Documents (as defined below in subsection 17(s)) or document now or hereafter evidencing or creating any security for the payment of this Loan Agreement;

DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B64E372F6

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian



World Business Lenders
WE LEND. YOU GROW.

(c) the filing of a bankruptcy proceeding, assignment for the benefit of creditors, issuance of a judgment execution, garnishment or levy against, or the appointment of a representative of any kind for the commencement of any proceeding for relief from indebtedness by or against Borrower, or the Borrower shall not, or shall be unable to, or shall admit in writing its inability to, pay its debts as they become due;

(d) the occurrence of any event, which, in the reasonable judgment of Lender, adversely affects Borrower's ability or the ability of any guarantor of Borrower's Obligations under this Loan Agreement ("Guarantor") to repay Borrower's Obligations, or materially affects the value of the Collateral;

(e) any written representation, statement or warranty made to Lender by Borrower or any Guarantor is untrue when made;

(f) the occurrence of

    (i) a default under any guaranty of Borrower's Obligations ("Guaranty"), or any other document or instrument given to Lender otherwise in connection with or related to this Loan Agreement, including, without limitation, any other of the Loan Documents (as defined below in subsection 17(s)), or

    (ii) a default or an event of default under any other loan agreement or financing arrangement that Borrower may have with Lender or any other lender or financing source; or

(g) any Guaranty is revoked or becomes unenforceable for any reason; or

(h) Lender, upon examination of Borrower's financial information during the term of this Loan Agreement, becomes insecure in Borrower's ability to pay the Obligations.

then (A) in connection with an Event of Default pursuant to clause (c) above, the Obligations under this Loan Agreement or other agreements shall immediately become due and payable and Lender shall have the right to proceed to collect such Obligations under applicable law and enforce its rights under any Guaranty, any of the Loan Documents (as defined below in subsection 17(s)) and if applicable, any Holdback Agreement, and (B) in connection with any Event of Default other than pursuant to clause (c) above, Lender may, at its option declare the entire unpaid balance of all Obligations under this Loan Agreement or other agreements immediately due and payable, and shall have the right to proceed to collect such Obligations under applicable law and enforce its rights under any Guaranty, and if applicable, any Holdback Agreement. In addition, Lender may, in connection with the events described in clause (A) and (B) above, proceed against the Collateral and any other collateral securing any obligation to Lender as if said collateral secured the Obligations, as permitted under the applicable Uniform Commercial Code or any other applicable law. As permitted under the Uniform Commercial Code, Lender may take possession of Collateral without notice or hearing, which Borrower waives, and upon demand, Borrower shall assemble the Collateral and make it available to Lender at any convenient place designated by Lender. Lender's receipt of any payment after the occurrence of an Event of Default, whether or not the Obligations have been accelerated, shall not constitute a waiver of the default or of Lender's rights or remedies upon such default, including, without limitation, Lender's right to accelerate the unpaid balance of the Obligations and pursue collection thereof. Election by Lender to pursue or waive any remedy shall not exclude pursuit of any other remedy.

11. **ISSUANCE OF TRANSFERABLE RECORD; IDENTIFICATION OF NOTE HOLDER; CONVERSION FROM ELECTRONIC NOTE TO PAPER-BASED NOTE:**

(a) Borrower expressly states that Borrower has signed this electronically created Business Promissory Note and Security Agreement (the "Electronic Note") using an Electronic Signature (defined below in subsection 11 (f)). By doing this, Borrower is indicating that Borrower agrees to the terms of this Electronic Note. Borrower also agrees that this Electronic Note may be Authenticated, Stored and Transmitted by Electronic Means (as defined below in subsection 11 (f)), and will be valid for all legal purposes, as set forth in the Uniform Electronic Transactions Act, as enacted in the jurisdiction of the State (as defined below in Section 17(d)) is located ("UETA"), the Electronic Signatures in Global and National Commerce Act ("E-SIGN"), or both, as applicable. In addition, Borrower agrees that this Electronic Note will be an effective, enforceable and valid Transferable Record (as defined in Section 11(f)) and may be created, authenticated, stored, transmitted and transferred in a manner consistent with and permitted by the Transferable Records sections of UETA or E-SIGN.

(b) Except as indicated in Sections 11 (d) and (e) below, the identity of the Lender ("Note Holder") and any person to whom this Electronic Note is later transferred may be recorded in a registry maintained by MERSCORP Holdings, Inc., a Delaware Corporation or in another similar registry (the "Note Holder Registry"). The authoritative copy of this Electronic Note will be the copy identified by the Note Holder after loan closing but prior to registration in the Note Holder Registry. If this Electronic Note has been registered in the Note Holder Registry, then the authoritative copy will be the copy identified by the Note Holder of record in the Note Holder Registry or the Note Holder's

DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B64E372F6

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

**World Business Lenders**
WE LEND, YOU GROW.

servicing agent acting at the direction of the Note Holder, as the authoritative copy. The current identity of the Note Holder and the location of the authoritative copy, as reflected in the Note Holder Registry, will be available from the Note Holder or Note Holder's servicing agent, as applicable. The only copy of this Electronic Note that is the authoritative copy is the copy that is within the control of the person identified as the Note Holder in the Note Holder Registry (or that person's designee). No other copy of this Electronic Note may be the authoritative copy.

(c) If subsection 11 (b) above fails to identify a Note Holder Registry, the Note Holder (which includes any person to whom this Electronic Note is later transferred) will be established by, and identified in accordance with, the systems and processes of the electronic storage system on which this Electronic Note is stored.

(d) Borrower expressly agrees that the Note Holder and any person to whom this Electronic Note is later transferred shall have the right to convert this Electronic Note at any time into a paper-based note (the "Paper-Based Note"). In the event this Electronic Note is converted into a Paper-Based Note, Borrower further expressly agrees that: (i) the Paper-Based Note will be an effective, enforceable and valid negotiable instrument governed by the applicable provisions of the Uniform Commercial Code in effect in the jurisdiction of the State (as defined below in Section 17(d))); (ii) Borrower's signing of this Electronic Note will be deemed issuance and delivery of the Paper-Based Note; (iii) Borrower intends that the printing of the representation of Borrower's Electronic Signature upon the Paper-Based Note from the system in which the Electronic Note is stored will constitute Borrower's original signature on the Paper-Based Note and will serve to indicate Borrower's present intention to authenticate the Paper- Based Note; (iv) the Paper-Based Note will be a valid original writing for all legal purposes; and (v) upon conversion to a Paper-Based Note, Borrower's obligations in the Electronic Note shall automatically transfer to and be contained in the Paper-Based Note, and Borrower intends to be bound by such obligations.

(e) Any conversion of this Electronic Note to a Paper-Based Note will be made using processes and methods that ensure that: (i) the information and signatures on the face of the Paper-Based Note are a complete and accurate reproduction of those reflected on the face of this Electronic Note (whether originally handwritten or manifested in other symbolic form); (ii) the Note Holder of this Electronic Note at the time of such conversion has maintained control and possession of the Paper-Based Note; (iii) this Electronic Note can no longer be transferred to a new Note Holder; and (iv) the Note Holder Registry, or any system or process identified in subsection 11 (c) above, shows that this Electronic Note has been converted to a Paper-Based Note, and delivered to the then-current Note Holder.

(f) The following terms and phrases are defined as follows: (i) "Authenticated, Stored and Transmitted by Electronic Means" means that this Electronic Note will be identified as the Note that Borrower signed, saved, and sent using electrical, digital, wireless, or similar technology; (ii) "Electronic Record" means a Record created, generated, sent, communicated, received, or stored by electronic means; (iii) "Electronic Signature" means an electronic symbol or process attached to or logically associated with a record and executed or adopted by a person with the intent to sign a record; (iv) "Record" means information that is inscribed on a tangible medium or that is stored in an electronic or other medium and is retrievable in perceivable form; and (v) "Transferable Record" means an Electronic Record that: (a) would be a note under Article 3 of the Uniform Commercial Code if the Electronic Record were in writing and (b) Borrower, as the issuer, has agreed is a Transferable Record.

12. **INSPECTION OF COLLATERAL AND PLACE OF BUSINESS**: Lender and Lender's representatives and agents shall have the right at any reasonable time or times to inspect the Collateral wherever located and the interior and exterior of any Borrower place of business, and Borrower shall assist Lender and its representatives and agents in making any such inspection. During an inspection of any Borrower place of business, Lender or Lender's representatives and agents may examine, among other things, whether Borrower (i) has a place of business that is separate from any personal residence, (ii) is open for business, (iii) has sufficient inventory and/or staff to conduct Borrower's business and (iv) has one or more credit card terminals or point of sale systems if Borrower processes credit card transactions. When performing an inspection, Lender or Lender's representatives and agents may photograph the interior and exterior of any Borrower place of business, including, but not limited to, any signage. Any photograph will become and remain the sole property of Lender and will be shared with Lender's employees, representatives and agents. Borrower grants Lender the irrevocable and permanent right to display and share any photograph in all forms, including, but not limited to, composite and modified representations, for all purposes, with Lender's employees, representatives and agents. Borrower agrees to reimburse Lender for the cost of the inspections described in this Section.

13. **EVALUATION OF CREDIT**: Borrower authorizes Lender to obtain business and personal credit bureau reports in Borrower's and Guarantor's name, at any time and from time to time for purposes of deciding whether to approve the requested business loan or for any update, renewal, extension of credit or other lawful purpose. Upon Borrower's request, Lender will advise Borrower if Lender obtained a credit report and Lender will give Borrower the credit bureau's name and address.

DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B64E9F2F5

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian


**World Business Lenders** WE LEND. WE GROW.

Borrower agrees to submit current financial information, a new credit application, or both, in Borrower's or Guarantor's name at any time promptly upon Lender's request.

14. **ATTORNEYS' FEES, COLLECTION COSTS AND POST-JUDGMENT RATE OF INTEREST:** In the event Lender enforces its rights under this Loan Agreement, including, without limitation, any of the Loan Documents or any other document or instrument given to Lender, Borrower agrees to pay all expenses of Lender in enforcing its rights to collect the Obligations or in taking possession, holding, preparing for disposition, and disposing of the Collateral, including, without limitation, Lender's reasonable attorneys' fees (whether or not an action is commenced and whether or not in the court of original jurisdiction, appellate court, bankruptcy court or otherwise) and all costs of collection of any judgment and any costs of appeal. In the event this Loan Agreement is brought to a judgment, interest shall accrue at the interest rate set forth in the first sentence of Section 2 above until the judgment is satisfied, except as prohibited by applicable law.

15. **SALE OF LOAN AGREEMENT:** This Loan Agreement, or an interest in this Loan Agreement, together with the rights to the Collateral, may be sold, assigned, transferred or conveyed by Lender one or more times.

16. **INDEMNIFICATION:** Except for Lender's willful misconduct, Borrower will indemnify and save Lender harmless from all loss, costs, damage, liability or expenses (including, without limitation, court costs and reasonable attorneys' fees) that Lender may sustain or incur by reason of defending or protecting Lender's security interest or the priority thereof or enforcing its rights to collect the Obligations, or in the prosecution or defense of any action or proceeding concerning any matter growing out of or in connection with this Loan Agreement and/or any other documents or instruments given to the Lender in connection with or related to this Loan Agreement, including, without limitation, any of the Loan Documents, and/or the Obligations and/or the Collateral. This indemnity shall survive the repayment of the Obligations and the termination of this Loan Agreement.

17. **MISCELLANEOUS:**

    (a) Delay or failure of Lender to exercise any of its rights under this Loan Agreement shall not be deemed a waiver thereof. No waiver of any condition or requirement shall operate as a waiver of any other or subsequent condition or requirement.

    (b) This Loan Agreement may not be modified orally, and may be modified only upon written agreement signed by Lender and Borrower.

    (c) This Loan Agreement, and all matters arising out of or relating to this Loan Agreement, whether sounding in contract, tort, or statute shall be governed by, and construed in accordance with, the laws of the State (or Commonwealth, as the case may be) of Borrower's address set forth above in Section 1 ("Borrower's State"), without regard to its conflicts of laws rules.

    (d) Borrower and Lender agree that any action or proceeding to enforce any rights or obligations arising out of this Loan Agreement shall be commenced in the Borrower's State and Borrower waives personal service of process and agrees that a summons and complaint commencing an action or proceeding in any such court shall be properly served and confer personal jurisdiction if served by registered or certified mail to Borrower at the address specified by Borrower above in Section 1, or as otherwise provided by the laws of the Borrower's State or the United States of America. Borrower and Lender agree that venue is proper in such courts and each party hereto waives, to the full extent permitted by applicable law, any defense of an inconvenient forum to the extent any action or proceeding is brought in such courts.

    (e) Without affecting the liability of Borrower or any Guarantor, Lender may accept partial payments marked "in full" or otherwise, release or impair any Collateral or agree not to sue any party liable on this Loan Agreement without waiving any of its rights hereunder.

    (f) Presentment, protest, demand and notice of dishonor are waived.

    (g) Without affecting the liability of any Guarantor, Lender may from time to time, without notice, renew or extend the time for payment.

    (h) Borrower expressly agrees that the interest rates set forth above in Section 2 are appropriate under the circumstances and shall be the applicable rate at which unpaid Principal (and Costs, as defined below in Section 17(j)) shall bear interest under this Loan Agreement, notwithstanding any rate of interest prescribed by statute from time to time; provided, however, if fulfillment of any provisions of this Loan Agreement or any other instrument securing the Obligations is subject to a law that sets maximum interest rates or other charges, and that law is finally interpreted so that the interest or other fees collected or to be collected in connection with this Loan Agreement exceed the permitted limits, then

DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B84E9724D

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian


World Business Lenders
WE LEND. YOU GROW.

(i) any such charge will be reduced by the amount necessary to reduce the charge to the permitted limit;

(ii) any sums already collected from Borrower that exceed the permitted limits will be refunded or credited to Borrower; and

(iii) the obligations created by this Loan Agreement shall be fulfilled to the limit of such validity as is permitted by law.

(i) Borrower shall keep the Collateral and Lender's interest in it insured under policies with such provisions, for such amounts and by such insurers as shall be satisfactory to Lender from time to time, and shall furnish evidence of such insurance satisfactory to Lender upon request. Borrower assigns (and directs any insurer to pay) to Lender the proceeds of all such insurance and any premium refund and authorizes Lender to endorse in the name of Borrower any instrument for such proceeds or refunds and, at the option of Lender, to apply such proceeds and refunds to any unpaid balance of the Obligations, whether or not due, and/or to restoration of the Collateral, returning any excess to Borrower. Lender is authorized, in the name of Borrower or otherwise, to make, adjust and/or settle claims under any insurance on the Collateral, or cancel the same after the occurrence of an Event of Default.

(j) If Borrower fails to perform any of Borrower's duties set forth in this Loan Agreement or in any evidence of or document relating to the Obligations, including, without limitation, any other of the Loan Documents, Lender is authorized, in Borrower's name or otherwise, to take any such action, including, without limitation, signing Borrower's name or paying any amount so required, and the costs incurred by or on behalf of Lender to take any such action ("Costs") shall be one of the Obligations secured by this Loan Agreement and shall be payable by Borrower upon Lender's demand with interest at the interest rate set forth above in Section 2 from the date of payment by Lender.

(k) Borrower releases Lender from any liability for any act or omission relating to the Obligations, the Collateral or this Loan Agreement, except Lender's willful misconduct.

(l) Invalidity or unenforceability of any provision of this Loan Agreement shall not affect the validity or enforceability of any other provision.

(m) The terms of this Loan Agreement shall be binding upon Borrower and its successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

(n) Borrower acknowledges that a broker may have received compensation in connection with this Loan Agreement.

(o) Any of the Borrower, Lender or a Guarantor may choose to arbitrate any or all disputes and claims arising out of or relating to this Loan Agreement, the Guaranty or any other related document. A claim includes matters arising as an initial claim, counter-claim, cross-claim, third-party claim, or otherwise. If the Borrower, Lender or a Guarantor chooses to litigate any dispute or claim arising out of or relating to this Loan Agreement, the Guaranty or any related document through a judicial action, the decision to litigate shall not be deemed a waiver of arbitration, and if such judicial action is contested, any party may thereafter invoke its arbitration rights at any time before any discovery is taken in the judicial action. If the Borrower, Lender or a Guarantor seeks to have a dispute resolved by arbitration, that party must first send to the other party(ies) by certified mail, a written Notice of Intent to Arbitrate. If Borrower, Lender or a Guarantor do not reach an agreement to resolve the claim within 10 days after the Notice is received, any party may commence an arbitration proceeding with the American Arbitration Association ("AAA"). Lender will promptly reimburse Borrower or the Guarantor any arbitration filing fee, however, if both the Borrower and the Guarantor must pay arbitration filing fees, Lender will only reimburse the Borrower's arbitration filing fee and, except as provided in the next sentence, the Lender will pay all arbitration administration and arbitrator fees. If the arbitrator finds that either the substance of any claim raised by Borrower or a Guarantor or the relief sought by Borrower or a Guarantor is improper or not warranted, as measured by the standards set forth in Federal Rule of Procedure 11(b), then Lender will pay the administration or arbitrator fees only if required by the AAA Rules. If the arbitrator grants relief to the Borrower or a Guarantor that is equal to or greater than the value of the relief requested by the Borrower or a Guarantor in the arbitration, Lender shall reimburse Borrower or the Guarantor, as applicable, for that party's reasonable attorneys' fees and expenses incurred for the arbitration. TO THE EXTENT NOT PROHIBITED BY APPLICABLE LAW, BORROWER AND LENDER AGREE THAT BY ENTERING INTO THIS LOAN AGREEMENT, EACH IS WAIVING THEIR RIGHT TO A TRIAL BY JURY OF ANY CLAIM OR CAUSE OF ACTION BASED UPON, ARISING OUT OF OR RELATED TO THIS LOAN AGREEMENT AND ALL OTHER DOCUMENTATION EVIDENCING THE OBLIGATIONS, IN ANY LEGAL ACTION OR PROCEEDING. BORROWER AND LENDER MAY BRING CLAIMS AGAINST ANY OTHER PARTY ONLY IN THEIR INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF REPRESENTATIVE OR CLASS MEMBER IN ANY

DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B64E372F8

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian



PURPORTED REPRESENTATIVE OR CLASS PROCEEDING; PROVIDED, THAT, BORROWER MAY BRING A CLAIM FOR PUBLIC INJUNCTIVE RELIEF TO THE EXTENT REQUIRED BY APPLICABLE LAW. Further, Borrower and Lender agree that the arbitrator may not consolidate proceedings for more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding, and if this specific provision is found unenforceable, then the entirety of this arbitration clause shall be null and void. Any award by the individual arbitrator shall be final and binding, except for any appeal right under the Federal Arbitration Act ("FAA"), and may be entered and enforceable as a judgment in any court of competent jurisdiction, including, without limitation, as a judgment that permits Lender to initiate or complete the exercise of its remedies against, or its realization or foreclosure upon, any collateral or security provided for the benefit of Lender. This arbitration provision is made pursuant to a transaction in interstate commerce, and shall be governed by the FAA at 9 U.S.C. section 1 *et seq.*

(p) In order to ensure a high quality of service for Lender's customers, Lender may monitor and/or record telephone calls between Borrower and Lender's employees. Borrower acknowledges that Lender may do so and agrees in advance to any such monitoring or recording of telephone calls.

(q) Borrower authorizes Lender and Lender's affiliates, agents and independent contractors, including, but not limited to, any Servicing Agents or collateral agents to contact Borrower at any telephone number Borrower provides to Lender or from which Borrower places a call to Lender, or any telephone number where Lender believes it may reach Borrower, using any means of communication, including, but not limited to, calls or text messages to mobile, cellular, wireless or similar devices or calls or text messages using an automated telephone dialing system and/or artificial voices or prerecorded messages, even if Borrower incurs charges for receiving such communications. Lender and Lender's affiliates, agents and independent contractors, including, but not limited to, any Servicing Agents or collateral agents, may use any other medium not prohibited by law, including, but not limited to, mail, e-mail and facsimile, to contact Borrower. Borrower expressly consents to conduct business by electronic means.

(r) This Loan Agreement may be executed in one or more counterparts, each of which counterparts shall be deemed to be an original, and all such counterparts shall constitute one and the same instrument. For purposes of the execution of this Loan Agreement, electronic or fax signatures shall be treated in all respects as original signatures.

(s) This Loan Agreement, or any other document or instrument given to Lender or otherwise in connection with or related to this Loan Agreement, including, without limitation, all Schedules attached hereto and together with all related agreements, instruments and other documents, including, without limitation, any Holdback Agreement (if applicable), any Guaranty and any financing and continuation statements, lien entry forms, mortgages, deeds of trust and other documents filed or recorded in order to perfect, amend or continue Lender's security interest in and lien on the Collateral or any other personal property or real property, in each case, approved by Lender in connection with the business loan and other Obligations evidenced by this Loan Agreement (collectively, the "Loan Documents"), constitutes the entire understanding and agreement between or among Borrower, Lender and any Guarantor, as applicable, and supersedes all other prior discussions, negotiations, commitments, agreements and understandings, written or oral, between or among said parties, as applicable, in each case, with respect to the subject matter of this Loan Agreement and the other Loan Documents. For the avoidance of doubt, no promises, representations or obligations exist between or among said parties respecting the subject matter of this Loan Agreement and the other Loan Documents except as explicitly provided herein and therein, and Borrower has not entered into this Loan Agreement or the other Loan Documents in reliance upon any representation, warranty or undertaking of Lender or any other person or entity.

**[Remainder of page is blank. Signature page follows.]**

DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B64E372F6

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian



**World Business Lenders**
WE LEND, YOU GROW.

**BEFORE SIGNING THIS LOAN AGREEMENT, BORROWER READ AND UNDERSTOOD ALL OF THE PROVISIONS HEREOF. AFTER DUE CONSIDERATION AND THE OPPORTUNITY TO CONSULT WITH OTHER LENDERS (OR OTHER FINANCING SOURCES) AND WITH AN ATTORNEY, ACCOUNTANT OR OTHER COMPETENT PROFESSIONAL OF ITS CHOICE, BORROWER KNOWINGLY, WILLFULLY AND VOLUNTARILY AGREES TO THE TERMS OF THIS LOAN AGREEMENT.**

**BORROWER ACKNOWLEDGES RECEIPT OF A FULLY COMPLETED AND EXECUTED VERSION OF THIS LOAN AGREEMENT.**

BORROWER: Tommy W. Wilson d/b/a American Cleaners

Signature: *Tommy Wayne Wilson*
00E093347EB064D0...

Printed Name: Tommy Wayne Wilson

Title: Owner

Date: 10/19/2022 | 12:54 PDT

Notary Acknowledgement

STATE/COMMONWEALTH OF _____ )
                                                                    ) ss.
COUNTY OF _____ )

On the _____ day of _____ in the year _____, before me, the undersigned, a notary public in and for said State/Commonwealth, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within Business Promissory Note and Security Agreement and acknowledged to me that she/he executed the same in her/his capacity as _____ of Tommy W. Wilson d/b/a American Cleaners and that by her/his signature on the Business Promissory Note and Security Agreement, the individual, or the person upon behalf of which the individual acted, executed the Business Promissory Note and Security Agreement.

_____
Notary Public

My commission expires: _____.

DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B64E372F6

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian



## SCHEDULE A

## PURCHASE MONEY COLLATERAL

[NONE]



DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B64E372F6

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian



**<u>SCHEDULE B</u>**

**<u>SPECIFIC COLLATERAL</u>**

**[NONE]**



DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B64E372F6

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian



**SCHEDULE C**

**PERMITTED LIENS**

**[NONE]**



DocuSign Envelope ID: 0E3BFEE8-B5B6-4790-85CC-861B64E372F6

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

## SCHEDULE D

### COLLATERAL ADDRESS OTHER THAN BORROWER'S PRINCIPAL PLACE OF BUSINESS

| Property Address |
|---|
| 28 Penland St. Canton, NC 28716 |



File Number: 20220143205B
Date Filed: 10/21/2022 2:35:00 PM
Elaine F. Marshall
NC Secretary of State

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
**Corporation Service Company**

**B. E-MAIL CONTACT AT FILER (optional)**
**SPRFiling@cscglobal.com**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

**Corporation Service Company**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**


EXHIBIT 2

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **Wilson** | **Tommy** | **W** | |
| **1c. MAILING ADDRESS** | CITY | STATE / POSTAL CODE | COUNTRY |
| **28 Penland St** | **Canton** | **NC** / **28716** | **USA** |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **American Cleaners** | | | |
| **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **2c. MAILING ADDRESS** | CITY | STATE / POSTAL CODE | COUNTRY |
| **28 Penland St** | **Canton** | **NC** / **28716** | **USA** |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Corporation Service Company, As Representative** | | | |
| **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **3c. MAILING ADDRESS** | CITY | STATE / POSTAL CODE | COUNTRY |
| **P.O. Box 2576   uccsprep@cscinfo.com** | **Springfield** | **IL** / **62708** | **USA** |

**4. COLLATERAL:** This financing statement covers the following collateral:

The Collateral includes, collectively, all personal property now owned or hereafter acquired by the Debtor, including, but not limited to, all goods (except consumer goods), farm products, inventory, equipment, furniture, money, instruments, accounts, accounts receivable, contract rights, documents, chattel paper, general intangibles, including, but not limited to, all products and proceeds of Collateral and all additions and accessions to, replacements of, insurance proceeds of, and documents covering Collateral, all property received wholly or partly in trade or exchange for Collateral, all leases of Collateral and all rents, revenues, issues, profits and proceeds arising from the sale, lease encumbrance, collection, or any other temporary or permanent disposition, of the Collateral or any interest therein.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
**2422 04659**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)

**File Number: 20230049187H**
**Date Filed: 4/18/2023 11:04:00 AM**
**Elaine F. Marshall**
**NC Secretary of State**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Corporation Service Company**

B. E-MAIL CONTACT AT FILER (optional)
**SPRFiling@cscglobal.com**

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

⌐ **Corporation Service Company**
  **801 Adlai Stevenson Drive**
  **Springfield, IL 62703**                              ⌐



EXHIBIT
3

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**20220143205B**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                    AND   Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME
**Corporation Service Company, As Representative**

OR

6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
**WBL SPO I, LLC**

OR

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS
**150 Clearbrook Rd, Suite 125** | CITY **Elmsford** | STATE **NY** | POSTAL CODE **10523** | COUNTRY **USA**

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
**Corporation Service Company, As Representative**

OR

9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
**Debtor:Wilson, Tommy W 2531 48411**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)



## TOMMY WAYNE WILSON

| FILE NO. | DATE FILED | SECURED PARTY | DEBTOR | STATUS |
|---|---|---|---|---|
| 20100078074M | 10/5/2010 | SunTrust Bank | Tommy W. Wilson | Terminated |
| 20180061045J | 6/14/2018 | Kubota Credit Corporation, U.S.A. | Tommy Wayne Wilson | Terminated |
| 20200027905J | 3/16/2020 | Corporation Service Cormpany, as Representative | Tommy Wilson and American Cleaners | Active |
| 20200059681E | 5/22/2020 | NewLane Finance Company | Tommy W. Wilson and American Cleaners | Active |
| 20200065489H | 5/30/2020 | Mountain BizCapital Inc | Tommy Wayne Wilson individually and dba American Cleaners | Active |
| 20200165731J | 11/5/2020 | Kubota Credit Corporation, U.S.A. | Tommy Wayne Wilson | Active |
| 20200177220E | 12/3/2020 | Mountain BizCapital Inc | Tommy Wayne Wilson individually and dba American Cleaners | Active |
| 20210157176C | 11/22/2021 | NewLane Finance Company | Tommy Wilson | Active |
| 20220035859H | 3/17/2022 | Eastern Funding LLC | Tommy Wayne Wilson and American Cleaners | Active |
| 20220123221J | 9/7/2022 | Corporation Service Company, as Representative | Tommy Wilson | Active |
| 20220132403M | 9/27/2022 | Bank of the West | Tommy Wilson | Active |
| 20220143205B | 10/21/2022 | WBL SPO I, LLC | Tommy W Wilson and American Cleaners | Active |

## AMERICAN CLEANERS

| FILE NO. | DATE FILED | SECURED PARTY | DEBTOR | STATUS |
|---|---|---|---|---|
| 20200027905J | 3/16/2020 | Corporation Service Corporation, as Representative | Tommy Wilson and American Cleaners | Active |
| 20200059681E | 5/22/2020 | NewLane Finance Company | Tommy W. Wilson and American Cleaners | Active |
| 20220035859H | 3/17/2022 | Eastern Funding LLC | Tommy Wayne Wilson and American Cleaners | Active |
| 20220123222K | 9/7/2022 | Corporation Service Company, as Representative | American Cleaners | Active |
| 20220143205B | 10/21/2022 | WBL SPO I, LLC | Tommy W Wilson and American Cleaners | Active |
| 20230157294G | 12/28/2023 | Millstone Funding Inc. | American Cleaners | Active |

**Filing Chain**

Initial Filing: 20070049477A

## 20070049477A



**Filing Date:** 5/18/2007
**Filing Type:** Initial
**Lapse Date:** 5/18/2017
**Page Count:** 2
**Alt Type:** UCC

## Debtors:

**Wilson, Tom**
10 Penland Street
Canton, NC  28716  USA

## Secured Parties:

**SUNTRUST BANK**
PO BOX 26202
RICHMOND, VA  23260  USA

## 20100078074M

**Filing Date:** 10/5/2010
**Filing Type:** Amendment Parties
**Page Count:** 1
**Alt Type:** UCC

## Debtors:

**Wilson, Tommy W**
10 Penland Street
Canton, NC  28716  USA

## 20110097688C

**Filing Date:** 11/18/2011

**Filing Type:** Continuation

**Page Count:** 1

**Alt Type:** UCC

## 20130085586K

**Filing Date:** 9/5/2013

**Filing Type:** Termination Secured Party

**Page Count:** 1

**Alt Type:** UCC

# UCC FINANCING STATEMENT

**File Number: 20070049477A**
**Date Filed: 05/18/2007 04:25 PM**
**Elaine F. Marshall**
**NC Secretary of State**

# FILER INFORMATION

## CONTACT INFORMATION FOR FILER:

| CONTACT EMAIL | CONTACT NAME<br>Ucc Direct Services | CONTACT PHONE | CONTACT FAX |
|---|---|---|---|
| | | | |

## SEND ACKNOWLEDGEMENT TO:

| PACKET #<br>NC-0-25034148000 | CLIENTS ACCOUNT # |
|---|---|

| ORGANIZATION NAME<br>Ucc Direct Services | | | |
|---|---|---|---|
| MAILING ADDRESS<br>2727 Allen Parkway, Suite 1000, P O Box 3248 | CITY<br>Houston | STATE<br>TX | POSTAL CODE<br>77001 |
| COUNTY | COUNTRY<br>USA | | |

# FILE RECORD

## RECORD DATA (UNIQUE SEQUENTIAL ID:0001)

| FILING TYPE<br>Initial | |
|---|---|
| FILERS UNIQUE ID<br>NC-0-25034148-8000187 | ALTERNATE NAME DESIGNATION<br>NOAltName | ALTERNATE FILING TYPE |
| 507.89010 -18F A 32284 ADDITIONAL INFORMATION |

## DEBTOR DATA          (UNIQUE SEQUENTIAL ID: 001 )

| 1b. INDIVIDUAL'S LAST NAME<br>Wilson | FIRST NAME<br>Tom | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 2d. TAX ID #: SSN OR EIN | 2e. TYPE OF ORGANIZATION<br>NOType | 2f. JURISDICTION OF | 2g. ORGANIZATIONAL ID#, if any<br>None |
| 1c. MAILING ADDRESS<br>10 Penland Street | | CITY<br>Canton | STATE<br>NC | POSTAL CODE<br>28716 |
| COUNTY | COUNTRY<br>USA | ALTERNATIVE CAPACITY OF DEBTOR<br>NOAltCapacity | |

## SECURED PARTY DATA     (UNIQUE SEQUENTIAL ID: 001 )

| 3a. ORGANIZATION NAME<br>SUNTRUST BANK | | | |
|---|---|---|---|
| 3c. MAILING ADDRESS<br>PO BOX 26202 | CITY<br>RICHMOND | STATE<br>VA | POSTAL CODE<br>23260 |
| COUNTY | COUNTRY<br>USA | | |

**4. This FINANCING STATEMENT covers the following collateral:**

**All of the Debtor's rights, title and interest now existing or hereafter acquired in all accounts, inventory, furniture, fixtures and equipment, general intangibles, insurance proceeds, instruments, documents and chattel paper and all proceeds and products thereof**

# UCC FINANCING STATEMENT
# FILER INFORMATION

| File Number: 20100078074M |
| Date Filed: 10/5/2010 1:29:09 PM |
| Elaine F. Marshall |
| NC Secretary of State |

**CONTACT INFORMATION FOR FILER:**

| CONTACT EMAIL | CONTACT NAME | CONTACT PHONE | CONTACT FAX |
|---|---|---|---|
| | Ucc Direct Services | | |

**SEND ACKNOWLEDGEMENT TO:**

| PACKET SEQ# | CLIENT'S ACCOUNT # | | |
|---|---|---|---|
| NC-0-42886384000-1 | | | |
| ORGANIZATION NAME | | | |
| Ucc Direct Services | | | |
| MAILING ADDRESS | CITY | STATE | POSTAL CODE |
| 2727 Allen Parkway, Suite 1000 P O Box 3248 | Houston | TX | 77001 |
| COUNTY | COUNTRY | | |
| | USA | | |

# FILE RECORD

**RECORD DATA (UNIQUE SEQUENTIAL ID:0001)**

| FILING TYPE | AMENDMENT TYPE | AMENDMENT ACTION | INITIAL FILENUMBER |
|---|---|---|---|
| Amendment | Amendment Parties | Debtor Change | 20070049477A |
| ADDITIONAL INFORMATION | | | |
| FILERS UNIQUE ID | | | |
| NC-0-42886384 | | | |

**AFFECTED PARTY:**

| INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Wilson | Tom | | |

**AUTHORIZED SECURED PARTY:**

| ORGANIZATION NAME |
|---|
| SUNTRUST BANK |

**DEBTOR DATA(UNIQUE SEQUENTIAL ID: 0001)**

| INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Wilson | Tommy | W | |
| TAX ID #: SSN OR EIN | TYPE OF ORGANIZATION | JURISDICTION OF ORGANIZATION | ORGANIZATIONAL ID#, if any |
| | NOType | | None |
| MAILING ADDRESS | CITY | STATE | POSTAL CODE |
| 10 Penland Street | Canton | NC | 28716 |
| COUNTY | COUNTRY | | |
| | USA | | |

# UCC FINANCING STATEMENT
# FILER INFORMATION

| File Number: 20110097688C |
|---|
| Date Filed: 11/18/2011 2:15:00 AM |
| Elaine F. Marshall |
| NC Secretary of State |

**CONTACT INFORMATION FOR FILER:**

| CONTACT EMAIL<br>efiling@wolterskluwer.com | CONTACT NAME<br>Gisella Melendez | CONTACT PHONE<br>800-331-3282 | CONTACT FAX<br>818-662-4141 |
|---|---|---|---|

**SEND ACKNOWLEDGEMENT TO:**

| PACKET SEQ#<br>46027197-1 | CLIENT'S ACCOUNT # | | |
|---|---|---|---|
| ORGANIZATION NAME<br>CT Lien Solutions | | | |
| MAILING ADDRESS<br>P.O. Box 29071 | CITY<br>Glendale | STATE<br>CA | POSTAL CODE<br>91209-9071 |
| COUNTY | COUNTRY<br>USA | | |

# FILE RECORD

**RECORD DATA (UNIQUE SEQUENTIAL ID:0001)**

| FILING TYPE<br>Amendment | AMENDMENT TYPE<br>Continuation | | INITIAL FILENUMBER<br>20070049477A |
|---|---|---|---|
| ADDITIONAL INFORMATION | | | |
| FILERS UNIQUE ID<br>NC-0-30686921-46027197 | | | |

**AUTHORIZED SECURED PARTY:**

| ORGANIZATION NAME<br>SUNTRUST BANK |
|---|

<table>
<tr><td>
File Number: 20130085586K<br>
Date Filed: 9/5/2013 4:19:00 PM<br>
Elaine F. Marshall<br>
NC Secretary of State
</td></tr>
</table>

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Gisella Melendez**

B. E-MAIL CONTACT AT FILER (optional)
**efiling@wolterskluwer.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐ CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071 ⌐

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**20070049477A**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in Item 13

2. ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☐ Debtor or ☐ Secured Party of record

**AND** Check one of these three boxes to:

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME **SUNTRUST BANK** | | | |
|---|---|---|---|---|
| OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**NC-0-39691579-47753828**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**Filing Chain**

Initial Filing: 20180061045J

## 20180061045J

**Filing Date:** 6/14/2018
**Filing Type:** Initial
**Lapse Date:** 6/14/2023
**Page Count:** 1
**Alt Type:** UCC

## Debtors:

**WILSON, TOMMY WAYNE**
272 HUGGY BEAR HILL
CANTON, NC 28716 USA

## Secured Parties:

**Kubota Credit Corporation, U.S.A.**
PO Box 2046
Grapevine, TX 76099 USA

## 20220089918B

**Filing Date:** 6/29/2022
**Filing Type:** Termination Secured Party
**Page Count:** 1
**Alt Type:** UCC

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| File Number: 20180061045J |
| Date Filed: 6/14/2018 7:54:00 AM |
| Elaine F. Marshall |
| NC Secretary of State |

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Lien Solutions**

B. E-MAIL CONTACT AT FILER (optional)
uccfilingreturn@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209-9071**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **WILSON** | **TOMMY** | **WAYNE** | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **272 HUGGY BEAR HILL** | **CANTON** | **NC** | **28716** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**Kubota Credit Corporation, U.S.A.**

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **PO Box 2046** | **Grapevine** | **TX** | **76099** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

KUBOTA ZD1011-48 11283 19.3HP 48" DIESEL ZERO TURN MW;

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:   ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:   ☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
NC-0-64540190-55343301

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

<table>
<tr><td>
**File Number: 20220089918B**
**Date Filed: 6/29/2022 7:03:00 AM**
**Elaine F. Marshall**
**NC Secretary of State**
</td></tr>
</table>

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
**Lien Solutions**

**B. E-MAIL CONTACT AT FILER** (optional)
**uccfilingreturn@wolterskluwer.com**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

    JOHN JAMES
    2929 ALLEN PKWY STE 3300
    Houston, TX 77019

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
**20180061045J**

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement Identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in Item 7a or 7b, and address of Assignee in Item 7c and name of Assignor in Item 9
For partial assignment, complete Items 7 and 9 and also indicate affected collateral In Item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:     **AND**   Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record   ☐ CHANGE name and/or address: Complete Item 6a or 6b; and Item 7a or 7b and Item 7c  ☐ ADD name: Complete Item 7a or 7b, and Item 7c  ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME |
|---|
| **Kubota Credit Corporation, U.S.A.** |

| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA:**
**NC-0-87360132-64221040**

International Association of Commercial Administrators (IACA)

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)**

**Filing Chain**

Initial Filing: 20200027905J

## 20200027905J

**Filing Date:** 3/16/2020
**Filing Type:** Initial
**Lapse Date:** 3/16/2025
**Page Count:** 1
**Alt Type:** UCC

## Debtors:

**Wilson, Tommy**
272 Huggy Bear Hl
Canton, NC 28716 USA

**American Cleaners**
10 PENLAND ST
CANTON, NC 28716 USA

## Secured Parties:

**CORPORATION SERVICE COMPANY, as REPRESENTATIVE**
PO Box 2576 uccsprep@cscinfo.com
Springfield, IL 62708 USA

File Number: 20200027905J
Date Filed: 3/16/2020 12:12:00 PM
Elaine F. Marshall
NC Secretary of State

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company

**B. E-MAIL CONTACT AT FILER (optional)**
FilingDept@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Corporation Service Company
801 Adlai Stevenson Dr
Springfield, IL 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Wilson | | Tommy | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 272 Huggy Bear Hl | Canton | NC | 28716 | | USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| American Cleaners | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 10 PENLAND ST | CANTON | NC | 28716 | | USA |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CORPORATION SERVICE COMPANY, as REPRESENTATIVE | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| PO Box 2576     uccsprep@cscinfo.com | Springfield | IL | 62708 | | USA |

4. **COLLATERAL:** This financing statement covers the following collateral:

All personal property of the Debtor, tangible or intangible, whether now owned or hereafter acquired, including but not limited to: (a) accounts and accounts receivable, (b) inventory, (c) equipment, (d) investment property, (e) instruments, including promissory notes (f) chattel paper, including electronic chattel paper, (g) documents, (h) letter of credit rights, (i) deposit accounts, (j) general intangibles, and (l) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. The security interest granted hereunder shall not terminate upon the payment of the obligations evidenced in this agreement, and shall continue to secure the existence of any future advances made within five years of the perfection of this security interest.
For New Jersey, the Collateral described is within the scope of Article 9 as adopted by N.J. pursuant to 12A:9-102 and 12A:9-109.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[179194835[

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

**Filing Chain**

Initial Filing: 20200059681E

## 20200059681E

**Filing Date:** 5/22/2020
**Filing Type:** Initial
**Lapse Date:** 5/22/2025
**Page Count:** 1
**Alt Type:** UCC

## Debtors:

**American Cleaners**
10 Penland Street
Canton, NC  28716  USA

**Wilson, Tommy W**
10 Penland Street
Canton, NC  28716  USA

## Secured Parties:

**NewLane Finance Company**
123 S Broad Street, 17th Floor
Philadelphia, PA  19109  USA

<table>
<tr><td>File Number: 20200059681E<br>Date Filed: 5/22/2020 2:25:00 PM<br>Elaine F. Marshall<br>NC Secretary of State</td></tr>
</table>

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| **Lien Solutions** |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| **uccfilingreturn@wolterskluwer.com** |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209-9071**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **American Cleaners** | | | | |

| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| OR | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **10 Penland Street** | **Canton** | **NC** | **28716** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| OR | **Wilson** | **Tommy** | **W** | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **10 Penland Street** | **Canton** | **NC** | **28716** | **USA** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **NewLane Finance Company** | | | | |

| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| OR | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **123 S Broad Street, 17th Floor** | **Philadelphia** | **PA** | **19109** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

All equipment and other personal property, now or hereafter the subject of the certain Equipment Finance Agreement relating to Application #8350, dated on or about January 24, 2020, between Lender and Borrower and any applicable personal guarantor(s).

"AND ALL REPLACEMENTS, SUBSTITUTIONS, ACCESSIONS, ADD-ONS, AND ALL PROCEEDS AND ACCOUNTS OF THE DEBTOR(S) ARISING OUT OF OR RELATED TO THE FOREGOING. THIS FINANCING STATEMENT RELATES TO AN EQUIPMENT FINANCE AGREEMENT BETWEEN THE DEBTOR(S) AND THE SECURED PARTY. THIS FINANCING STATEMENT IS FILED TO GIVE NOTICE OF SECURED PARTY'S OWNERSHIP INTEREST IN THE COLLATERAL."

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor |
|---|

8. OPTIONAL FILER REFERENCE DATA:
NC-0-75188233-59138266

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)                    International Association of Commercial Administrators (IACA)

**Filing Chain**

Initial Filing: 20200065489H

# 20200065489H

**Filing Date:** 5/30/2020
**Filing Type:** Initial
**Lapse Date:** 5/30/2025
**Page Count:** 2
**Alt Type:** UCC

## Debtors:

**Tommy Wayne Wilson d/b/a American Cleaners**
10 Penland Street
Canton, NC 28716 USA

**WIlson, Tommy**
272 Huggy Bear HL
Canton, NC 28716 USA

## Secured Parties:

**Mountain BizCapital Inc**
153 S Lexington Ave
Asheville, NC 28801 USA

# 20230150430A

**Filing Date:** 12/11/2023
**Filing Type:** Termination Debtor
**Page Count:** 1
**Alt Type:** UCC

<table>
<tr><td>File Number: 20200065489H<br>Date Filed: 5/30/2020 1:04:00 AM<br>Elaine F. Marshall<br>NC Secretary of State</td></tr>
</table>

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Mountain Bizworks, Inc.**

B. E-MAIL CONTACT AT FILER (optional)
**fitzsimmons@mountainbizworks.org**

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

**Mountain Bizworks, Inc.**

**153 S Lexington Ave**

**Asheville, NC 28801-**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
**Tommy Wayne Wilson d/b/a American Cleaners**

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10  Penland Street | Canton | NC | 28716 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **WIlson** | **Tommy** | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 272 Huggy Bear HL | Canton | NC | 28716 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**Mountain BizCapital Inc**

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 153 S Lexington Ave | Asheville | NC | 28801 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

See Attachment

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**12. ADDITIONAL SPACES FOR ITEM 4(Collateral)**

This financing statement cover the following types (or items) of property:

All inventory, as such term is defined in the Code (hereinafter defined), now or hereafter owned or acquired by Borrower(s), including without limitations all goods, merchandise, raw materials, goods in process, finished goods and other tangible personal property now owned or hereafter acquired by Borrower(s) and held for sale or lease or furnished or to be furnished under contracts of service or used or consumed in Borrower(s) business, and in contract rights with respect thereto;

All accounts and chattel paper, as such terms are defined in the Code, now or hereafter owned or acquired by Borrower(s) including without limitation all accounts receivable, book debts, notes, drafts, instruments, chattel paper, rights to payment and other forms of obligations and receivables now and hereafter received by or belonging or owing to Borrower(s), all guaranties and securities therefore, all purchase orders, instruments and other documents received by Borrower(s) evidencing obligations for services rendered or goods sold and all of borrower(s)' rights earned or yet to be earned and in the proceeds thereof;

All equipment, as such term is defined in the Code, now or hereafter owned or acquired by Borrower(s), including without limitation all machinery, equipment, furnishing and fixtures, computer, trucks, vehicles and handling and delivery equipment now or hereafter acquired by Borrower(s), as well as all additions to, substitutions for, replacements of, and spare parts for aforesaid items;

All general intangibles, as such term is defined in the Code, now or hereafter owned or acquired by Borrower(s); and all proceeds, as defined in the Code, or the foregoing, including all proceeds of insurance, warranties, guaranties, and condemnation and any and all other amounts paid or payable under or in connection with any of the foregoing.

"Code" shall mean the Uniform Commercial Code in effect in the State of North Carolina on the date hereof.

**Filing Chain**

Initial Filing: 20200165731J

# 20200165731J

**Filing Date:** 11/5/2020
**Filing Type:** Initial
**Lapse Date:** 11/5/2025
**Page Count:** 1
**Alt Type:** UCC

## Debtors:

**WILSON, TOMMY WAYNE**
272 HUGGY BEAR HL
CANTON, NC 28716 USA

## Secured Parties:

**Kubota Credit Corporation, U.S.A.**
PO Box 2046
Grapevine, TX 76099 USA

# 20200177540K

**Filing Date:** 12/4/2020
**Filing Type:** Amendment Collateral
**Page Count:** 1
**Alt Type:** UCC

File Number: 20200165731J
Date Filed: 11/5/2020 6:17:00 AM
Elaine F. Marshall
NC Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Lien Solutions**

B. E-MAIL CONTACT AT FILER (optional)
**uccfilingreturn@wolterskluwer.com**

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

⌐ **Lien Solutions**
  **P.O. Box 29071**
  **Glendale, CA 91209-9071** ⌐

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **WILSON** | **TOMMY** | **WAYNE** | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **272 HUGGY BEAR HL** | **CANTON** | **NC** | **28716** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Kubota Credit Corporation, U.S.A.** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **PO Box 2046** | **Grapevine** | **TX** | **76099** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

KUBOTA BX23SLSB-R KBUC1DHRCLGK44988 4WD TRA WR4 TIRES2 LVR CPLR ;

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
NC-0-77551552-60128084

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

████████████████

████████████████

████████████████

| | File Number: 20200177540K<br>Date Filed: 12/4/2020 9:12:00 AM<br>Elaine F. Marshall<br>NC Secretary of State |

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Lien Solutions

**B. E-MAIL CONTACT AT FILER (optional)**
uccfilingreturn@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

⌐ Lien Solutions
  P.O. Box 29071
  Glendale, CA 91209-9071 ⌐

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20200165731J

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in Item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                          AND  Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:**  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☑ **COLLATERAL CHANGE:**  Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☑ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

KUBOTA BX23SLSB-R KBUC1DHRCLGK44996 4WD TRA WR4 TIRES2 LVR CPLR ;

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | Kubota Credit Corporation, U.S.A. | | | |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
NC-0-77948961-6028571S

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**Filing Chain**

Initial Filing: 20200177220E

## 20200177220E

**Filing Date:** 12/3/2020
**Filing Type:** Initial
**Lapse Date:** 12/3/2025
**Page Count:** 2
**Alt Type:** UCC

## Debtors:

**Tommy Wayne Wilson dba American Cleaners**
10 Penland Street
Canton, NC  28716  USA

**Wilson, Tommy Wayne**
272 Huggy Bear HL
Canton, NC  28716  USA

## Secured Parties:

**Mountain BizCapital**
153 South Lexington Ave
Asheville, NC  28801  USA

**File Number: 20200177220E**
**Date Filed: 12/3/2020 12:41:00 PM**
**Elaine F. Marshall**
**NC Secretary of State**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Mountain Bizworks, Inc.

**B. E-MAIL CONTACT AT FILER** (optional)
fitzsimmons@mountainbizworks.org

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Mountain Bizworks, Inc.
153 S Lexington Ave
Asheville, NC 28801-

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Tommy Wayne Wilson dba American Cleaners | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 10 Penland Street | Canton | NC | | USA |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Wilson | Tommy | Wayne | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 272 Huggy Bear HL | Canton | NC | 28716 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Mountain BizCapital | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 153 South Lexington Ave | Asheville | NC | 28801 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

See Attachment

**5.** Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check <u>only</u> if applicable and check <u>only</u> one box:     **6b.** Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility     ☐ Agricultural Lien   ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

International Association of Commercial Administrators (IACA)

**FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)**

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**12. ADDITIONAL SPACES FOR ITEM 4(Collateral)**

This financing statement cover the following types (or items) of property:

All inventory, as such term is defined in the Code (hereinafter defined), now or hereafter owned or acquired by Borrower(s), including without limitations all goods, merchandise, raw materials, goods in process, finished goods and other tangible personal property now owned or hereafter acquired by Borrower(s) and held for sale or lease or furnished or to be furnished under contracts of service or used or consumed in Borrower(s) business, and in contract rights with respect thereto;

All accounts and chattel paper, as such terms are defined in the Code, now or hereafter owned or acquired by Borrower(s) including without limitation all accounts receivable, book debts, notes, drafts, instruments, chattel paper, rights to payment and other forms of obligations and receivables now and hereafter received by or belonging or owing to Borrower(s), all guaranties and securities therefore, all purchase orders, instruments and other documents received  by Borrower(s)  evidencing obligations for services rendered or goods sold and all of borrower(s)' rights earned or yet to be earned and in the proceeds thereof;

All equipment, as such term is defined in the Code, now or hereafter owned or acquired by Borrower(s), including without limitation all machinery, equipment, furnishing and fixtures, computer, trucks, vehicles and handling and delivery equipment now or hereafter acquired by Borrower(s), as well as all additions to, substitutions for, replacements of, and spare parts for aforesaid items;

All general intangibles, as such term is defined in the Code, now or hereafter owned or acquired by Borrower(s); and all proceeds, as defined in the Code, or the foregoing, including all proceeds of insurance, warranties, guaranties, and condemnation and any and all other amounts paid or payable under or in connection with any of the foregoing.

"Code" shall mean the Uniform Commercial Code in effect in the State of North Carolina on the date hereof.

**Filing Chain**

Initial Filing: 20210088236C

# 20210088236C

**Filing Date:** 7/1/2021
**Filing Type:** Initial
**Lapse Date:** 7/1/2026
**Page Count:** 1
**Alt Type:** UCC

## Debtors:

**WILSON, COLTON BURL**
1383 SILVERSTONE RD
ZIONVILLE, NC 28698 USA

**WILSON, TOMMY WILLIAM**
1383 SILVERSTONE RD
ZIONVILLE, NC 28698 USA

## Secured Parties:

**AGCO Finance LLC**
P.O. Box 2000
Johnston, IA 50131 USA

**Filing Chain**

Initial Filing: 20210157176C

## 20210157176C

**Filing Date:** 11/22/2021
**Filing Type:** Initial
**Lapse Date:** 11/22/2026
**Page Count:** 1
**Alt Type:** UCC

## Debtors:

**Wilson, Tommy**
10 PENLAND ST
CANTON, NC 28716-4312 USA

**Wilson, Tommy**
272 Huggy Bear Hill
Canton, NC 28716 USA

## Secured Parties:

**NewLane Finance Company**
123 S Broad Street, 17th Floor
Philadelphia, PA 19109 USA

**File Number: 20210157176C**
**Date Filed: 11/22/2021 3:31:00 PM**
**Elaine F. Marshall**
**NC Secretary of State**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Corporation Service Company**

B. E-MAIL CONTACT AT FILER (optional)
**FilingDept@cscinfo.com**

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**Corporation Service Company**
**801 Adlai Stevenson Dr**
**Springfield, IL 62703**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME **Wilson** | FIRST PERSONAL NAME **Tommy** | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS **10 PENLAND ST** | CITY **CANTON** | STATE **NC** | POSTAL CODE **28716-4312** | COUNTRY **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME **Wilson** | FIRST PERSONAL NAME **Tommy** | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS **272 Huggy Bear Hill** | CITY **Canton** | STATE **NC** | POSTAL CODE **28716** | COUNTRY **USA** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME **NewLane Finance Company** | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS **123 S Broad Street, 17th Floor** | CITY **Philadelphia** | STATE **PA** | POSTAL CODE **19109** | COUNTRY **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

All equipment and other personal property, now or hereafter the subject of the certain Equipment Finance Agreement relating to Application #APP-0000035011 between Lender and Borrower and any applicable personal guarantor(s).

"AND ALL REPLACEMENTS, SUBSTITUTIONS, ACCESSIONS, ADD-ONS, AND ALL PROCEEDS AND ACCOUNTS OF THE DEBTOR(S) ARISING OUT OF OR RELATED TO THE FOREGOING. THIS FINANCING STATEMENT RELATES TO AN EQUIPMENT FINANCE AGREEMENT BETWEEN THE DEBTOR(S) AND THE SECURED PARTY. THIS FINANCING STATEMENT IS FILED TO GIVE NOTICE OF SECURED PARTY'S OWNERSHIP INTEREST IN THE COLLATERAL."

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[222161315]

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

**Filing Chain**

Initial Filing: 20220035859H

# 20220035859H

**Filing Date:** 3/17/2022
**Filing Type:** Initial
**Lapse Date:** 3/17/2027
**Page Count:** 2
**Alt Type:** UCC

## Debtors:

**Wilson, Tommy Wayne**
272 Huggy Bear Hill
Canton,  NC  28716  USA

**American Cleaners**
28 Penland Street
Canton,  NC  28716  USA

## Secured Parties:

**Eastern Funding LLC**
213 West 35th Street, Suite 2W
New York,  NY  10001  USA

File Number: 20220035859H
Date Filed: 3/17/2022 4:29:00 PM
Elaine F. Marshall
NC Secretary of State

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Lien Solutions**

B. E-MAIL CONTACT AT FILER (optional)
**uccfilingreturn@wolterskluwer.com**

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

**JOHN JAMES**
**2929 ALLEN PKWY STE 3300**
**Houston, TX 77019**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **Wilson** | **Tommy** | **Wayne** | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| **272 Huggy Bear Hill** | **Canton** | **NC** **28716** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **American Cleaners** | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| **28 Penland Street** | **Canton** | **NC** **28716** | **USA** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Eastern Funding LLC** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| **213 West 35th Street, Suite 2W** | **New York** | **NY** **10001** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

See Attachment

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
NC-0-85465849-63393263

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**12. ADDITIONAL SPACES FOR ITEM 4(Collateral)**

A PURCHASE MONEY SECURITY INTEREST in the following wherever located assets:

| Quantity | Description | Manufacturer |
|---|---|---|
| 1 | 60LB Washer | Yamamoto |
| 1 | 30LB Washer | Unimac |
| 1 | 8" Steel Base | |
| 1 | 70LB Washer | Yamamoto |

and all replacements substitutions, and all accessions thereto and proceeds thereof.  The claim of the secured party to proceeds hereunder is not a consent to the sale or disposition of any of the above listed assets.

**Filing Chain**

Initial Filing: 20220123221J

# 20220123221J

**Filing Date:** 9/7/2022
**Filing Type:** Initial
**Lapse Date:** 9/7/2027
**Page Count:** 1
**Alt Type:** UCC

## Debtors:

**WILSON, TOMMY**
28 PENLAND ST
CANTON,  NC  28716  USA

## Secured Parties:

**Corporation Service Company, as Representative**
PO BOX 2576 UCCSPREP@cscinfo.com
Springfield,  IL  62708  USA

File Number: 20220123221J
Date Filed: 9/7/2022 10:04:00 AM
Elaine F. Marshall
NC Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Corporation Service Company**

B. E-MAIL CONTACT AT FILER (optional)
**SPRFiling@cscglobal.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**Corporation Service Company**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **WILSON** | **TOMMY** | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| **28 PENLAND ST** | **CANTON** | **NC** | **28716** | | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **Corporation Service Company, as Representative** | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| **PO BOX 2576 UCCSPREP@cscinfo.com** | **Springfield** | **IL** | **62708** | | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

To secure performance of Merchant's obligations hereunder and the Company's interest in the Purchased Receivables, and subject to all contractual and common law rights of, and the security interests granted in favor of, the credit card processor(s) and their member banks in or related to the Processor Agreement, Merchant grants to the Company a continuing security interest in the following:
(a) all of Merchant's accounts, chattel paper, goods, inventory, equipment, instruments, reserves, reserve accounts, investment property (if any), documents, general intangibles, as such terms are defined in the UCC, as revised and in effect;
(b) all Future Receivables, as herein defined;
(c) all other assets and personal property of Merchant, including any funds held in Merchant's Account; and
(d) all products and proceeds thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
2390 33582

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)            International Association of Commercial Administrators (IACA)

**Filing Chain**

Initial Filing: 20220132403M

# 20220132403M

**Filing Date:** 9/27/2022
**Filing Type:** Initial
**Lapse Date:** 9/27/2027
**Page Count:** 1
**Alt Type:** UCC

## Debtors:

**Wilson, Tommy**
272 Huggy Bear Hill
Canton, NC  28716  USA

## Secured Parties:

**Bank of the West**
PO BOX 2497
Omaha, NE  68103  USA

# 20230134293M

**Filing Date:** 10/31/2023
**Filing Type:** Termination Secured Party
**Page Count:** 1
**Alt Type:** UCC

| File Number: 20220132403M |
| :---: |
| Date Filed: 9/27/2022 12:23:00 PM |
| Elaine F. Marshall |
| NC Secretary of State |

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Lien Solutions

**B. E-MAIL CONTACT AT FILER (optional)**
uccfilingreturn@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

JOHN JAMES
2929 ALLEN PKWY STE 3300
Houston, TX 77019

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
| :--- | :--- | :--- | :--- |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Wilson | Tommy | | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 272 Huggy Bear Hill | Canton | NC / 28716 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
| :--- | :--- | :--- | :--- |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
| :--- | :--- | :--- | :--- |
| Bank of the West | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| PO BOX 2497 | Omaha | NE / 68103 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
2021 Suzuki DF140ATXW3 14003F141212

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
NC-0-88999550-64916548

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**Filing Chain**

Initial Filing: 20220143205B

# 20220143205B

**Filing Date:** 10/21/2022
**Filing Type:** Initial
**Lapse Date:** 10/21/2027
**Page Count:** 1
**Alt Type:** UCC

## Debtors:

**Wilson, Tommy W**
28 Penland St
Canton, NC 28716 USA

**American Cleaners**
28 Penland St
Canton, NC 28716 USA

## Secured Parties:

**Corporation Service Company, As Representative**
P.O. Box 2576 uccsprep@cscinfo.com
Springfield, IL 62708 USA

---

# 20230049187H

**Filing Date:** 4/18/2023
**Filing Type:** Assignment
**Page Count:** 1
**Alt Type:** UCC

## Secured Parties:

**WBL SPO I, LLC**
150 Clearbrook Rd, Suite 125
Elmsford,  NY  10523  USA

| File Number: 20220143205B |
| --- |
| Date Filed: 10/21/2022 2;35:00 PM |
| Elaine F. Marshall |
| NC Secretary of State |

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
**Corporation Service Company**

**B. E-MAIL CONTACT AT FILER (optional)**
**SPRFiling@cscglobal.com**

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

**Corporation Service Company**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Wilson | Tommy | W | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 28 Penland St | Canton | NC | 28716 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| American Cleaners | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 28 Penland St | Canton | NC | 28716 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| Corporation Service Company, As Representative | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. Box 2576   uccsprep@cscinfo.com | Springfield | IL | 62708 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

The Collateral includes, collectively, all personal property now owned or hereafter acquired by
the Debtor, including, but not limited to, all goods (except consumer goods), farm products,
inventory, equipment, furniture, money, instruments, accounts, accounts receivable, contract
rights, documents, chattel paper, general intangibles, including, but not limited to, all
products  and proceeds of Collateral and all additions and accessions to, replacements of,
insurance proceeds of, and documents covering Collateral, all property received wholly or partly
in trade or exchange for Collateral, all leases of Collateral and all rents, revenues, issues,
profits and proceeds arising from the sale, lease encumbrance, collection, or any other temporary
or permanent disposition, of the Collateral or any interest therein.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
2422 04659

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)

**Filing Chain**

Initial Filing: 20220143205B

## 20220143205B

**Filing Date:** 10/21/2022
**Filing Type:** Initial
**Lapse Date:** 10/21/2027
**Page Count:** 1
**Alt Type:** UCC

## Debtors:

**Wilson, Tommy W**
28 Penland St
Canton, NC 28716 USA

**American Cleaners**
28 Penland St
Canton, NC 28716 USA

## Secured Parties:

**Corporation Service Company, As Representative**
P.O. Box 2576 uccsprep@cscinfo.com
Springfield, IL 62708 USA

## 20230049187H

**Filing Date:** 4/18/2023
**Filing Type:** Assignment
**Page Count:** 1
**Alt Type:** UCC

## Secured Parties:

**WBL SPO I, LLC**
150 Clearbrook Rd, Suite 125
Elmsford, NY 10523 USA

File Number: 20230049187H
Date Filed: 4/18/2023 11:04:00 AM
Elaine F. Marshall
NC Secretary of State

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Corporation Service Company**

B. E-MAIL CONTACT AT FILER (optional)
**SPRFiling@cscglobal.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐ **Corporation Service Company**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**
                                                        ⌐

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**20220143205B**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:                                    AND    Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Corporation Service Company, As Representative** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **WBL SPO I, LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **150 Clearbrook Rd, Suite 125** | **Elmsford** | **NY** | **10523** | **USA** |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Corporation Service Company, As Representative** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**Debtor:Wilson, Tommy W 2531 48411**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**Filing Chain**

Initial Filing: 20220123222K

# 20220123222K

**Filing Date:** 9/7/2022
**Filing Type:** Initial
**Lapse Date:** 9/7/2027
**Page Count:** 1
**Alt Type:** UCC

## Debtors:

**AMERICAN CLEANERS**
28 PENLAND ST
CANTON,  NC  28716  USA

## Secured Parties:

**Corporation Service Company, as Representative**
PO BOX 2576 UCCSPREP@cscinfo.com
Springfield,  IL  62708  USA

**File Number: 20220123222K**
**Date Filed: 9/7/2022 10:04:00 AM**
**Elaine F. Marshall**
**NC Secretary of State**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Corporation Service Company**

B. E-MAIL CONTACT AT FILER (optional)
**SPRFiling@cscglobal.com**

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**Corporation Service Company**

**801 Adlai Stevenson Drive**

**Springfield, IL 62703**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **AMERICAN CLEANERS** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **28 PENLAND ST** | **CANTON** | **NC** | **28716** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Corporation Service Company, as Representative** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **PO BOX 2576 UCCSPREP@cscinfo.com** | **Springfield** | **IL** | **62708** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

To secure performance of Merchant's obligations hereunder and the Company's interest in the Purchased Receivables, and subject to all contractual and common law rights of, and the security interests granted in favor of, the credit card processor(s) and their member banks in or related to the Processor Agreement, Merchant grants to the Company a continuing security interest in the following:
(a) all of Merchant's accounts, chattel paper, goods, inventory, equipment, instruments, reserves, reserve accounts, investment property (if any), documents, general intangibles, as such terms are defined in the UCC, as revised and in effect;
(b) all Future Receivables, as herein defined;
(c) all other assets and personal property of Merchant, including any funds held in Merchant's Account; and
(d) all products and proceeds thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
2390 33953

**Filing Chain**

Initial Filing: 20230157294G

## 20230157294G

**Filing Date:** 12/28/2023
**Filing Type:** Initial
**Lapse Date:** 12/28/2028
**Page Count:** 2
**Alt Type:** UCC

## Debtors:

**American Cleaners**
28 Penland St
Canton, NC  28716  USA

## Secured Parties:

**MILLSTONE FUNDING INC**
101 Sinn Street
Patchogue, NY  11772  USA

**File Number: 20230157294G**
**Date Filed: 12/28/2023 11:51:00 AM**
**Elaine F. Marshall**
**NC Secretary of State**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**millstone funding**

B. E-MAIL CONTACT AT FILER (optional)
**kelly@millstonefunding.com**

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**millstone funding**
**101 sinn st**
**patchogue, NY 11772**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **American Cleaners** | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **28 Penland St** | **Canton** | **NC** | **28716** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **MILLSTONE FUNDING INC** | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **101 Sinn Street** | **Patchogue** | **NY** | **11772** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**RPMT-0008162**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)     International Association of Commercial Administrators (IACA)

SECURITY INTEREST; UCC FINANCING STATEMENTS; FURTHER ASSURANCES:

a.  Security Interest:

As security for the payment of the Indemnified Amounts, Seller hereby grants to Millstone a continuing lien and security interest in, and hereby assigns to Millstone as collateral security, a first priority lien on all of Seller's tangible and intangible assets, whether now existing or hereinafter arising or acquired and wherever located and all proceeds of such assets (collectively, the "Collateral").

b.  Financing Statements:

At the option of Millstone, Seller or Millstone shall execute, deliver, file and record (in such manner and form as Millstone shall require), (i) all financing statements and continuation statements, (ii) all carbon, photographic or other reproductions of financing statements, continuation statements or this Agreement (which shall be sufficient as a financing statement hereunder), and (iii) all specific assignments or other papers that may be necessary or desirable, or that Millstone may request, in order to create, preserve, perfect or validate any security interest granted hereunder or to enable Millstone to exercise and enforce its rights hereunder with respect to any of the Collateral. In addition, in the event that any of the Collateral consists of or is represented by instruments or other evidences of ownership such as would require physical possession of same in order to perfect the security interests therein, Seller shall promptly, at its sole expense, deliver the same to Millstone upon request, with any necessary endorsements thereon. If any account becomes evidenced by a promissory note or any other instrument for the payment of money, Seller shall immediately deliver such instruments to Millstone upon request, appropriately endorsed. Millstone reserves the right to obtain reimbursement from Seller of all costs associated with the filing of any financing statements, continuation statements or amendments thereto and Seller ratifies the filing of any financing statement filed by Millstone prior to the effectiveness thereof.

File Number: 20200027905J
Date Filed: 3/16/2020 12:12:00 PM
Elaine F. Marshall
NC Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

EXHIBIT
5

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Corporation Service Company

**B. E-MAIL CONTACT AT FILER** (optional)
FilingDept@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Corporation Service Company
801 Adlai Stevenson Dr
Springfield, IL 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Wilson | Tommy | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 272 Huggy Bear Hl | Canton | NC | 28716 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| American Cleaners | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 10 PENLAND ST | CANTON | NC | 28716 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CORPORATION SERVICE COMPANY, as REPRESENTATIVE | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| PO Box 2576   uccsprep@cscinfo.com | Springfield | IL | 62708 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All personal property of the Debtor, tangible or intangible, whether now owned or hereafter acquired, including but not limited to: (a) accounts and accounts receivable, (b) inventory, (c) equipment, (d) investment property, (e) instruments, including promissory notes (f) chattel paper, including electronic chattel paper, (g) documents, (h) letter of credit rights, (i) deposit accounts, (j) general intangibles, and (l) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. The security interest granted hereunder shall not terminate upon the payment of the obligations evidenced in this agreement, and shall continue to secure the existence of any future advances made within five years of the perfection of this security interest.
For New Jersey, the Collateral described is within the scope of Article 9 as adopted by N.J. pursuant to 12A:9-102 and 12A:9-109.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)   ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
[179194835[

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)





## HUTCHENS
### — LAW FIRM —

### HIGH PERFORMANCE LAW™

William Walt Pettit | Managing Partner, Attorney at Law
Phone: 704-362-9255
Fax: 704-362-9268
Email: walt.pettit@hutchenslawfirm.com
https://HutchensLawFirm.com

Offices In:
FAYETTEVILLE, CHARLOTTE, WILMINGTON, NC | COLUMBIA, SC

6230 Fairview Road, Suite 315
Charlotte, NC 28210-3253

**VIA FIRST CLASS MAIL AND EMAIL**
uccsprep@cscinfo.com

September 18, 2024

Corporation Service Company, as Representative
P.O. Box 2576
Springfield, IL 62708

Corporation Service Company, as Representative
801 Adlai Stevenson Drive
Springfield, IL 62703

RE:   UCC Financing Statement filed with the North Carolina Secretary of State on March 16, 2020, File No. 20200027905J

Dear Sir/Madam:

We represent a lienholder of Tommy Wilson doing business as American Cleaners. In searching the financing statements filed of record with the North Carolina Secretary of State, we noted a Financing Statement noting Corporation Service Company as Representative as the secured party. I have enclosed a copy of this Financing Statement.

Please let me know the name of the creditor, a contact name, address and phone number to contact the creditor and whether this Financing Statement supports a valid debt of Tommy Wilson doing business as American Cleaners. My client intends to file a civil action within the next five days that will affect this secured party's lien position if successful. If we do not receive this information within that time, we will file a civil action and name Corporation Service Company as Representative as a defendant. Please be governed accordingly.

With best regards, I am

Yours very truly,
HUTCHENS LAW FIRM LLP

William Walt Pettit

WWP/drs
Enclosures

▬▬▬▬▬▬▬
▬▬▬▬▬▬▬
▬▬▬▬▬▬▬
▬▬▬▬▬▬▬

**File Number: 20200027905J**
**Date Filed: 3/16/2020 12:12:00 PM**
**Elaine F. Marshall**
**NC Secretary of State**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Corporation Service Company**

B. E-MAIL CONTACT AT FILER (optional)
**FilingDept@cscinfo.com**

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

⌐ **Corporation Service Company**
 **801 Adlai Stevenson Dr**
 **Springfield, IL 62703**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only **one** Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Wilson | Tommy | | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 272 Huggy Bear Hl | Canton | NC  28716 | USA |

2. DEBTOR'S NAME: Provide only **one** Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| American Cleaners | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 10 PENLAND ST | CANTON | NC  28716 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only **one** Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CORPORATION SERVICE COMPANY, as REPRESENTATIVE | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| PO Box 2576   uccsprep@cscinfo.com | Springfield | IL  62708 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All personal property of the Debtor, tangible or intangible, whether now owned or hereafter acquired, including but not limited to: (a) accounts and accounts receivable, (b) inventory, (c) equipment, (d) investment property, (e) instruments, including promissory notes (f) chattel paper, including electronic chattel paper, (g) documents, (h) letter of credit rights, (i) deposit accounts, (j) general intangibles, and (l) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. The security interest granted hereunder shall not terminate upon the payment of the obligations evidenced in this agreement, and shall continue to secure the existence of any future advances made within five years of the perfection of this security interest.
For New Jersey, the Collateral described is within the scope of Article 9 as adopted by N.J. pursuant to 12A:9-102 and 12A:9-109.

5. Check **only** if applicable and check **only** one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check **only** if applicable and check **only** one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check **only** if applicable and check **only** one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[179194835[

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)

**Darlene R. Snee**

| | |
|---|---|
| **From:** | Robert Zahradka <rzahradka@nationalfunding.com> |
| **Sent:** | Thursday, September 19, 2024 5:28 PM |
| **To:** | Darlene R. Snee, NCCP |
| **Subject:** | Wilson, Tommy |
| **Attachments:** | 19763926-09192024051020-Docs.pdf |

**EXHIBIT 7**

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

CAUTION: This is an external email from: "Robert Zahradka" <rzahradka@nationalfunding.com> - Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

I am in receipt of the attached. Please note the UCC referenced was filed by Quick Bridge Funding, LLC. Please let me know how I can be of assistance. Thanks,

**Robert Zahradka**
In-House Counsel

Litigation Department
4380 La Jolla Village Drive
San Diego, CA 92122

Phone: 858.348.6470
Email: rzahradka@nationalfunding.com



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.





**EXHIBIT
8**

## HIGH PERFORMANCE LAW™

William Walt Pettit | Managing Partner, Attorney at Law
Phone: 704-362-9255
Fax: 704-362-9268
Email: walt.pettit@hutchenslawfirm.com
https://HutchensLawFirm.com

Offices In:
FAYETTEVILLE, CHARLOTTE, WILMINGTON, NC | COLUMBIA, SC

6230 Fairview Road, Suite 315
Charlotte, NC 28210-3253

<u>**VIA FIRST CLASS MAIL AND EMAIL**</u>
<u>uccsprep@cscinfo.com</u>

September 18, 2024

Corporation Service Company, as Representative
P.O. Box 2576
Springfield, IL 62708

Corporation Service Company, as Representative
801 Adlai Stevenson Drive
Springfield, IL 62703

RE:   UCC Financing Statement filed with the North Carolina Secretary of State on
      September 7, 2022, File No. 20220123221J

Dear Sir/Madam:

We represent a lienholder of Tommy Wilson doing business as American Cleaners. In searching the financing statements filed of record with the North Carolina Secretary of State, we noted a Financing Statement noting Corporation Service Company as Representative as the secured party. I have enclosed a copy of this Financing Statement.

Please let me know the name of the creditor, a contact name, address and phone number to contact the creditor and whether this Financing Statement supports a valid debt of Tommy Wilson doing business as American Cleaners. My client intends to file a civil action within the next five days that will affect this secured party's lien position if successful. If we do not receive this information within that time, we will file a civil action and name Corporation Service Company as Representative as a defendant. Please be governed accordingly.

With best regards, I am

Yours very truly,
HUTCHENS LAW FIRM LLP

William Walt Pettit

WWP/drs
Enclosures

<table>
<tr><td>File Number: 20220123221J<br>Date Filed: 9/7/2022 10:04:00 AM<br>Elaine F. Marshall<br>NC Secretary of State</td></tr>
</table>

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFiling@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| WILSON | TOMMY | | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 28 PENLAND ST | CANTON | NC / 28716 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Corporation Service Company, as Representative | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| PO BOX 2576 UCCSSPREP@cscinfo.com | Springfield | IL / 62708 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

To secure performance of Merchant's obligations hereunder and the Company's interest in the Purchased Receivables, and subject to all contractual and common law rights of, and the security interests granted in favor of, the credit card processor(s) and their member banks in or related to the Processor Agreement, Merchant grants to the Company a continuing security interest in the following:
(a) all of Merchant's accounts, chattel paper, goods, inventory, equipment, instruments, reserves, reserve accounts, investment property (if any), documents, general intangibles, as such terms are defined in the UCC, as revised and in effect;
(b) all Future Receivables, as herein defined;
(c) all other assets and personal property of Merchant, including any funds held in Merchant's Account; and
(d) all products and proceeds thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
2390 33582

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)